**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:20-cr-142 |
| ALEXANDER ("P.G.") SITTENFELD, | : | JUDGE DOUGLAS R. COLE |
| Defendant. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes Counsel for Defendant Alexander (aka P.G.) Sittenfeld ("Sittenfeld"), Diane M. Menashe, and hereby asks this Court to permit her, pursuant to S.D. Ohio Crim. R. 83.4(c)(2), to withdraw as counsel. The reason for this request is more fully stated in the attached memorandum in support.

        ICE MILLER, LLP

        Respectfully submitted,

        /s/ Diane M. Menashe
        Diane M. Menashe (0070305)
        Ice Miller, LLP
        250 West Street, Suite 700
        Columbus, Ohio 43215
        Telephone: (614) 221-6500
        Facsimile: (614) 222-3468
        E-mail: Diane.Menashe@icemiller.com

        COUNSEL FOR DEFENDANT

## **MEMORANDUM IN SUPPORT**

On November 16, 2020, undersigned counsel was retained by Sittenfeld. On November 19, 2020, undersigned counsel and Sittenfeld appeared at the initial hearing and arraignment. The following day, on November 20, 2020, it became apparent, based on ongoing communication between undersigned counsel and Sittenfeld, that there is a breakdown in attorney-client communication. At this time, the attorney-client relationship is irreparable.

Under, S.D. Ohio Crim. R. 83.4(c)(2), a motion to withdraw shall meet the following requirements:

> (1) it must be served upon the client, and the certificate of service must so state; (2) it must assert that good cause, as defined by the Rules of Professional Conduct, exists to permit the withdrawal; and (3) it must be accompanied by an affidavit or other evidence supporting the assertion of good cause. If the evidence relied upon in support of the motion would be detrimental to the client's interest if disclosed to the other parties, the withdrawing attorney shall move for an order that the evidence be filed in camera and under seal.

Based upon the foregoing it would be impossible for undersigned counsel to continue with representation of Sittenfeld. Therefore, having shown good cause, provided evidence by way of a memorandum in support of this motion, and having served this motion upon the client, Sittenfeld, undersigned counsel moves this Court to withdraw and respectfully requests this Court to grant the same.

    ICE MILLER, LLP

    Respectfully submitted,

    /s/ Diane M. Menashe
    Diane M. Menashe (0070305)
    Ice Miller, LLP
    250 West Street, Suite 700
    Columbus, Ohio 43215

Telephone: (614) 221-6500
Facsimile: (614) 222-3468
E-mail: Diane.Menashe@icemiller.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw as Counsel was delivered on the 20th day of November 2020 by the Clerk's ECF/CM electronic transmission system to the following:

Emily Glatfelter
Assistant United States Attorney
emily.glatfelter@usdoj.gov

Matthew Singer
Assistant United States Attorney
matthew.singer@usdoj.gov

And by regular U.S. Mail to Defendant, Alexander (P.G.) Sittenfeld, at his address of:

Alexander "P.G." Sittenfeld
1854 Keys Crescent
Cincinnati, Ohio 45206

ICE MILLER, LLP

Respectfully submitted,

/s/ Diane M. Menashe
Diane M. Menashe (0070305)

3