**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**ALEXANDER SITTENFELD,**

    **Defendant.**

**Case No. 1:20-cr-142
JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on December 2, 2020, at 1:00 p.m. before Judge Douglas R. Cole. The parties advised the Court that the Government has not provided discovery yet pending entry of a protective order. The parties anticipate that discovery may be voluminous. Counsel for Defendant requested a brief continuance to provide them an opportunity to review the discovery, once received, and determine how to proceed. The Government did not object to the requested continuance. After discussion, the parties agreed to a Telephone Status Conference on December 22, 2020, at 1:00 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendant and his counsel from reviewing the discovery and determining how to proceed, and thus would likely lead to a miscarriage of justice.

Based on the foregoing, the Court finds the period of time elapsing from December 2, 2020, until December 22, 2020, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

December 2, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**