## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## CINCINNATI, OH

| | | |
|---|---|---|
| **UNITED STATES,** | : | **Case No. 1:20-CR-142** |
| | : | |
| **Plaintiff,** | : | **Hon. Douglas Cole** |
| **vs.** | : | |
| | : | |
| **ALEXANDER SITTENFELD,** | : | **APPEARANCE OF DARREN W. FORD** |
| **a/k/a "P.G. Sittenfeld",** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

To:     The Clerk of Court and all parties of record

I am admitted to practice in the United States District Court for the Southern District of Ohio, and I appear in this case as counsel for *amici curiae* The Cincinnati Enquirer, a Division of Gannett GP Media, Inc., Gray Media Group, Inc. d/b/a WXIX-TV, Scripps Media, Inc. d/b/a WCPO-TV, Cincinnati Public Radio d/b/a WVXU, Ohio/Oklahoma Hearst Television, Inc. d/b/a WLWT-TV, Sinclair Media III, Inc. d/b/a WKRC-TV, and the Associated Press.

Date: February 8, 2021

Respectfully submitted,

/s/ Darren W. Ford
**Darren W. Ford** (0086449)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Fort Mitchell, KY 41017
Phone:     (859) 578-7263
Fax:         (859) 578-3073
E-mail:     dford@graydon.law

*Counsel for The Cincinnati Enquirer, a
Division of Gannett GP Media, Inc., Gray
Media Group, Inc. d/b/a WXIX-TV, Scripps
Media, Inc. d/b/a WCPO-TV, Cincinnati
Public Radio d/b/a WVXU, Ohio/Oklahoma
Hearst Television, Inc. d/b/a WLWT-TV,
Sinclair Media III, Inc. d/b/a WKRC-TV,
and the Associated Press*

10856668.1