**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI**

| | | |
|---|---|---|
| UNITED STATES, | : | Case No. 1:20-CR-142 |
| | : | |
| Plaintiff, | : | Hon. Douglas Cole |
| vs. | : | |
| | : | CORPORATE DISCLOSURE FORM |
| ALEXANDER SITTENFELD, | : | OF *AMICUS CURIAE* THE |
| a/k/a "P.G. Sittenfeld", | : | ASSOCIATED PRESS |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions of Fed. R. Civ. P. 7.1 and S.D. Ohio Civ. R. 7.1.1., any non-governmental corporate parties appearing *amici curiae* must file a statement disclosing the identity of any publicly held corporations or their affiliates that are not parties to the case or appearing *amici curiae* that have substantial financial interests in the outcome of the litigation by reason of insurance, a franchise agreement, or an indemnity agreement. The nature of that substantial financial interest shall also be disclosed.

Pursuant to S.D. Ohio Civ. R. 7.1.1, The Associated Press makes the following disclosure:

1. Is said amicus curiae a subsidiary or affiliate of a publicly owned corporation?

      Yes          x  No

If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2.	Is there a publicly owned corporation, not a party to the case or appearing *amici curiae*, that has a substantial financial interest in the outcome of the litigation by reason of insurance, a franchise agreement, or an indemnity agreement?

   ____Yes    x  No

If yes, list the identity of such corporation and the nature of the financial interest:

|  |  |
|---|---|
| *Of Counsel:* | Respectfully submitted, |
|  | */s/* John C. Greiner |
| GRAYDON HEAD & RITCHEY LLP | **John C. Greiner** (0005551) |
| 312 Walnut Street | **Darren W. Ford** (0086449) |
| Suite 1800 | GRAYDON HEAD & RITCHEY LLP |
| Cincinnati, OH  45202 | 312 Walnut Street |
| Phone:   (513) 629-6464 | Suite 1800 |
| Fax:       (513) 651-3836 | Cincinnati, OH  45202 |
|  | Phone:   (513) 629-2734 |
|  | Fax:       (513) 333-4316 |
|  | Email:   jgreiner@graydon.law |
|  |     dford@graydon.law |
|  | *Attorneys for Amici Curiae* |

10852206.1