# docVerify



## Civil Affidavit Candi Taggart.pdf

| | |
|---|---|
| DocVerify ID: | 19A15331-F032-47CE-BDC6-9F19B7D3F058 |
| Created: | February 10, 2021 05:24:12 -8:00 |
| Pages: | 2 |
| Remote Notary: | Yes / State: OH |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Carolyn Ann Taggart (CAT)**
February 10, 2021 06:12:54 -8:00 [F78B89CBE319] [184.54.114.235]
ctaggart@porterwright.com (Principal) (ID Verified)

**E-Signature Notary: Suzie Armbruster (suz)**
February 10, 2021 06:12:54 -8:00 [B712A2CC278A] [71.67.225.202]
Suzie@rittgers.com
I, Suzie Armbruster, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

DocVerify ID: 19A15331-F032-47CE-BDC6-9F19B7D3F058
www.docverify.com
Generated Cover Page    9F19B7D3F058


## AFFIDAVIT

State of Ohio            )

                       ) SS:

_____County    )


Carolyn A. Taggart, being first duly cautioned and sworn, deposes and says:

1. I have been a licensed and practicing attorney for 42 years with Bar admissions to Ohio, Kentucky, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Kentucky, and the United States Supreme Court .
2. I am a past president of the Ohio Association of Civil Trial Attorneys and have been a faculty member for the National Institute of Trial Advocacy at the University of Cincinnati College of Law.  I have also been a fellow in the American College of Trial Lawyers since 2000.
3. My area of practice has been civil litigation and I have tried many jury trials to conclusion.
4. As a civil trial attorney, I find the timely disclosure of evidence or information through the Civil Rules of Procedure impacts so many facets of a case other than just the trial itself. Timely disclosure of information impacts what pretrial motions are filed, what experts need to be retained, what witnesses need to be interviewed, what documents will be necessary for trial and/or pretrial motions, and other strategic matters ranging from voir dire and opening statement to motions *in limine*.
5. In my experience, several months of preparation and work may be required after initial discovery is provided.  Even if not admissible, a single piece of discovery can be the building block that leads to further significant and material admissible evidence so long as counsel has ample time to inquire and prepare.
6. Based on my civil trial experience, I believe that timely disclosure of crucial pieces of evidence and information is the only way to adequately prepare for a trial on the full merits of a case and also helps to promote judicial economy by permitting both parties to be well prepared and ready to try their case.
7. Fundamental fairness would seem to require timely disclosure when someone's life or liberty is at stake.

Further affiant sayeth naught.

                                                                            _____

                                                                            Carolyn A. Taggart

Sworn to before me and subscribed in my presence this 10th day of February, 2021.

02/10/2021



Notary Public

Susan D Armbruster
Commission #
2019-RE-7741434
Electronic Notary Public
State of Ohio
My Comm Exp: Mar 28, 2024