# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                    Case No. 1:20-cr-142
                                            JUDGE DOUGLAS R. COLE

**ALEXANDER SITTENFELD**

    Defendant.

## ORDER

This cause comes before the Court on Defendant's Uncontested Motion to Continue. (Doc. 70). The Court hereby **GRANTS** the motion and **RESCHEDULES** the In-Peron Status Conference for July 20, 2021, at 10:00 a.m. The Court further finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from negotiating on redactions for the conference, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court finds the period of time elapsing from June 21, 2021 until July 20, 2021 is properly, and shall be, excluded from the speedy trial calculation.

    **SO ORDERED.**

June 18, 2021
**DATE**
                                                      **DOUGLAS R. COLE**
                                                      **UNITED STATES DISTRICT JUDGE**