UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**ALEXANDER SITTENFELD,**

    **Defendant.**

Case No. 1:20-cr-142
JUDGE DOUGLAS R. COLE

### SECOND AMENDMENT TO PROTECTIVE ORDER REGARDING DISCOVERY

WHEREAS, on May 24, 2021, the Court entered an Amendment to Protective Order Regarding Discovery in this case, which protects the dissemination of materials produced in discovery and governs the confidentiality of defense focus groups (Doc 67, #803);

WHEREAS, the defense seeks to amend the May 24, 2021, Amendment to Protective Order, with the agreement and consent of the government, to assist defense in trial preparation;

WHEREAS, the government has a compelling interest in protecting from dissemination discovery materials relevant to separate investigations and the privacy rights of third parties and witnesses;

WHEREAS, the proposed amendment does not alter the terms of the May 24, 2021, Amendment to Protective Order Regarding Discovery or the December 2,

2020, Protective Order Regarding Discovery, except as set forth in the Second Amendment to Protective Order Regarding Discovery;

AND WHEREAS, the Court has the power under Federal Rule of Criminal Procedure 16(d)(1) to grant appropriate relief to the parties where required in the interests of justice;

IT IS THEREFORE ORDERED that the May 24, 2021, Amended Protective Order Regarding Discovery is amended to add the following provision:

19. The members of the confidential focus group shall not be residents within the geographical boundaries of the Southern District of Ohio, Western Division at Cincinnati. Both the government and the defense may inquire during voir dire to satisfy themselves that no potential juror (i.e, member of the venire) was a member of a focus group pertaining to this case or is aware of any focus group pertaining to this case.

**SO ORDERED.**

March 29, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**