**Curriculum Vita**

## EDWARD FITZGERALD

**Experience**

- March 2022 to current: Vice President, Benedetti, Inc.
- 2016 to current: fundraising consulting, Great Lakes Strategies, Inc., including for a City Council based leadership fund and mayoral campaign; over $1 million raised
- 2015 to current: real estate development advisory services, to both cities and private developers
- 2014: Democratic nominee for Governor of Ohio, 2014; raised approximately $7 million
- 2010 – 2014: County Executive of Cuyahoga County, Ohio: included supervision of Sheriff's office, and partnering with US Attorney's office on public integrity issues; raised approximately $450,000
- 2008 – 2010: Mayor and Public Safety Director, City of Lakewood, Ohio
- 1999 – 2007: Councilman, City of Lakewood, Ohio
- 2004 to current: Private practice of law, various firms
- 1999-2004: Assistant County Prosecutor, Cuyahoga County, Ohio
- Special Agent, FBI, 1995 - 1998; assigned to Organized Crime Task Force in Chicago; case agent in major Public Corruption and Organized Crime case
- 1994: Deputy Finance Director, Congressman Eric Fingerhut
- 1992-1993: U.S. House of Representatives, Economic Development staff, Congressman Edward Feighan,

**Education**

- Ohio State, B.A., Political Science, 1991
- Cleveland-Marshall College of Law, J.D., 1993

**Bar Memberships**

- State of Ohio, 1993