Defendant's Rule 16 Discovery Disclosures

Experts

1. Mr. Sittenfeld will call Caleb P. Burns to testify as an expert in the field of campaign fundraising.  Mr. Burns's qualifications are set forth in the attached curriculum vitae.

   Specifically, Mr. Burns will provide testimony on the following:

   - *Background on privately funded political campaigns*.  Mr. Burns will provide background information on the dynamics of the American system of privately funded political campaigns.  He will explain the necessity, in such a system, of a candidate communicating his or her positions on policies and issues with prospective supporters.
   - *Federal campaign finance law and implementing regulations.*  Mr. Burns will provide background on the federal campaign finance laws and implementing regulations promulgated by the Federal Election Commission.  He will explain how those laws apply to candidates, lobbyists, and other participants in the political system.
   - *Operation of a federal "leadership" PAC*.  Mr. Burns will explain what constitutes a federal "leadership" PAC and how it differs from a candidate's campaign and other types of entities active in political campaigns like 501(c) organizations.  He will detail some of the specifics of how a federal "leadership" PAC operates.
   - *Campaign fundraising practices*.  Mr. Burns will explain how candidates and their prospective supporters convey their interest in particular policies and issues while engaging in fundraising.  Mr. Burns will provide examples of interactions between candidates and contributors.
   - *History of investigations into campaign fundraising*.  Mr. Burns will discuss prior investigations and inquiries into campaign fundraising practices.  In particular, he will provide examples of government investigations into fundraising by Members of the U.S. House of Representatives that were alleged to have been linked to official acts.

2. Mr. Sittenfeld will call Edward FitzGerald to testify as an expert in the area of undercover operations and campaign trail interactions between elected-officials and potential donors.  Mr. FitzGerald's qualifications are set forth in the attached curriculum vitae.

   Specifically, Mr. FitzGerald will provide testimony on the following:

   - *General background and basics of undercover operations.* Mr. FitzGerald will provide testimony related to standard operating procedures, elements of control, script rehearsal, and general duties and expectations for the various people working for and within undercover operations.

- *The undercover operation in this case.* Insofar as it is relevant to the conduct of Mr. Sittenfeld and the elements of each crime charged, Mr. Fitzgerald will provide expert testimony about the conduct of the undercover investigation as the context in which Mr. Sittenfeld acted.
- *Typical and ordinary communication and interaction between elected-officials and potential donors.* Mr. FitzGerald will provide testimony related to the common and expected communication elected officials receive from potential donors which varies widely, including but not limited to, his first-hand experience dealing with incorrect attempts to donate, odd or strange questions, requests for more specific policy positions, and various forms of contribution.