# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff

    v.

**ALEXANDER SITTENFELD,**

    Defendant.

Case No. 1:20–cr–142
JUDGE DOUGLAS R. COLE

## ORDER

This matter shall proceed to Jury Trial on June 21, 2022, at 9:00 a.m. The Court **ORDERS** that no media equipment (laptops, tablets, etc.), other than mobile phones, shall be allowed in Courtroom 805 or the overflow room (Room 724) during the pendency of the trial in this matter by anyone who is observing the trial. Any mobile phones, with the exception of counsel for the parties and Court staff, shall be turned off during the proceedings. In addition, there shall be no recording or messaging during the trial over any social media, including, but not limited to, Twitter, Facebook, Instagram, or Snapchat. Any one in violation of this **ORDER** shall be removed from the proceedings by Court Security.

    **SO ORDERED.**

June 17, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**