UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:20-CR-142 |
| v. | JUDGE COLE |
| ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld," | **STIPULATIONS** |
| Defendant. |  |

The parties respectfully submit the following stipulations to be admitted at trial.

                     Respectfully submitted,

RITTGERS & RITTGERS            KENNETH L. PARKER
                     United States Attorney

*s/ Charles H. Rittgers*            *s/ Matthew C. Singer*
CHARLES H. RITTGERS          MATTHEW C. SINGER (IL 6297632)
CHARLES M. RITTGERS          EMILY N. GLATFELTER (0075576)
Rittgers & Rittgers              MEGAN GAFFNEY PAINTER
12 East Warren Street             (NY 4849220)
Lebanon, OH 45036             Assistant United States Attorneys
(513)932-2115                221 East Fourth Street, Suite 400
charlie@rittgers.com            Cincinnati, Ohio 45202
                     Office: (513) 684-3711
                     Fax: (513) 684-6385
*Counsel for the Defendant*          Email: Matthew.Singer@usdoj.gov
                     E-mail: Emily.Glatfelter@usdoj.gov
                     E-mail: Megan.Painter@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:20-CR-142 |
| v. | JUDGE COLE |
| ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld," | **STIPULATION** |
| Defendant. | |

Unless specifically noted by the parties during trial, the parties agree to the accuracy of the government's transcripts of recordings played at trial. Before trial, the parties will jointly request a preliminary instruction: "if you noticed any differences between what you heard on the recordings and what you read in the transcripts, you must rely on what you heard, not what you read." *See* 6th Cir. Pattern Inst. 7.17 (modified). If, during trial, a party or the Court believes there is a discrepancy between any recording admitted into evidence and the transcript, the parties and the Court will confer to determine whether the discrepancy is non-material or material. If the discrepancy is non-material according to the Court, the transcript will be admitted as an exhibit. If the discrepancy is material, the parties and the Court will confer to determine whether an edit to the transcript is appropriate or whether that portion of the transcript should not be admitted as an exhibit.

It is further stipulated and agreed that this Stipulation may be introduced into evidence as an exhibit, and that the facts herein stipulated have the same status, dignity, and effect as the undisputed testimony of credible witnesses.

Dated: _____   _____
MATTHEW SINGER
EMILY N. GLATFELTER
MEGAN GAFFNEY PAINTER
Assistant United States Attorneys

Dated: _____   _____
ALEXANDER SITTENFELD

Dated: _____   _____
CHARLES M. RITTGERS
CHARLES H. RITTGERS
Counsel for Defendant Alexander Sittenfeld