# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**ALEXANDER SITTENFELD,**

    Defendant.

**Case No. 1:20-cr-142**
**JUDGE DOUGLAS R. COLE**

## ORDER

Meals were provided for Jurors while deliberating in the above captioned case on July 7, 2022 and July 8, 2022. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

**SO ORDERED.**

July 8, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**