UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALEXANDER SITTENFELD,

    Defendant.

Case No. 1:20-cr-142
JUDGE DOUGLAS R. COLE

## ADMITTED EXHIBIT LIST

| Exhibit No. | Document Title | Date Admitted |
|---|---|---|
| USA 1A | City Government Diagram | 6/22/22 |
| USA 1B | Development Pathway Diagram | 6/22/22 |
| USA 2A | Photos of 435 Elm | 6/22/22 |
| USA 2C | Aerial Photos | 6/23/22 |
| USA 2I | Phil Denning Video Clip | 6/22/22 |
| USA 3C | June 19, 2019 Ordinance Selling 435 Elm | 6/24/22 |
| USA 3D | June 26, 2019 Minutes of City Council | 6/24/22 |
| USA 3E | City Council Meeting June 26, 2019 | 6/24/22 |
| USA 3F | Transcript City Council Meeting June 26, 2019 | 6/24/22 |
| USA 4A | April 7, 2018 Email, Sittenfeld to Ndukwe | 6/28/22 |
| USA 4B | Attachment Invitation to April 7, 2018 Email | 6/28/22 |
| USA 5A | 580 Building Photos | 6/23/22 |
| USA 6 | Verizon Phone Records (Kingsley-Ndukwe) | 6/22/22 |
| USA 7 | Verizon Phone Records (Sittenfeld) | 6/22/22 |
| USA 8 | AT&T Phone Records (Brunner) | 6/22/22 |
| USA 9A | Linesheets UC Rob-Sittenfeld | 6/23/22 |
| USA 9B | Linesheets UC Brian-Sittenfeld | 6/23/22 |
| USA 9C | Linesheets UC Vinny-Sittenfeld | 6/23/22 |
| USA 9D | Linesheets Ndukwe-Sittenfeld | 6/23/22 |
| USA 9E | Linesheets UC Rob-J. Kamrass | 6/23/22 |
| USA 11A | Chronology | 6/23/22 |
| USA 11B | October 28, 2019-December 23, 2019 Timeline | 6/24/22 |
| USA 11C | Phone Numbers Chart | 6/23/22 |
| USA 11D | November 2018 Calendar Page | 6/23/22 |
| USA 12A | October 26, 2018 call (audio recording) | 6/23/22 |

| Exhibit No. | Document Title | Date Admitted |
|---|---|---|
| USA 12B | October 26, 2018 transcript | 6/23/22 |
| USA 13A | October 30, 2018 call (audio recording) | 6/23/22 |
| USA 13B | October 30, 2018 transcript | 6/23/22 |
| USA 14A | November 2, 2018 call (audio recording) | 6/23/22 |
| USA 14B | November 2, 2018 transcript | 6/23/22 |
| USA 15A | November 7, 2018 Audio Recording (restaurant) (redacted) | 6/23/22 |
| USA 15B | November 7, 2018 Video (condo) (redacted) | 6/23/22 |
| USA 15C | Combined transcript | 6/23/22 |
| USA 15E | Text messages | 6/23/22 |
| USA 15F | Audio Recording (restaurant) | 6/24/22 |
| USA 15G | Video (condo) | 6/24/22 |
| USA 16A | November 14, 2018 call (audio recording) | 6/23/22 |
| USA 16B | November 14, 2018 transcript | 6/23/22 |
| USA 17A | November 15, 2018 recording | 6/23/22 |
| USA 17B | November 15, 2018 transcript | 6/23/22 |
| USA 18A | November 21, 2018 voicemail (audio recording) | 6/23/22 |
| USA 18B | November 21, 2018 voicemail transcript | 6/23/22 |
| USA 18C | November 21, 2018 call (audio recording) | 6/23/22 |
| USA 18D | November 21, 2018 call transcript | 6/23/22 |
| USA 19A | November 26, 2018 call (audio recording) | 6/23/22 |
| USA 19B | November 26, 2018 transcript | 6/23/22 |
| USA 20A | November 28, 2018 call (audio recording) | 6/23/22 |
| USA 20B | November 28, 2018 call transcript | 6/23/22 |
| USA 20C | Video recording (redacted) | 6/23/22 |
| USA 20D | Transcript | 6/23/22 |
| USA 20F | Check from Aventis | 6/23/22 |
| USA 20G | Check from J&S Technologies | 6/23/22 |
| USA 21B | December 3, 2018 text | 6/23/22 |
| USA 21C | December 3, 2018 call (audio recording) | 6/23/22 |
| USA 21D | December 3, 2018 transcript | 6/23/22 |
| USA 21E | December 12-16, 2018 text messages | 6/23/22 |
| USA 21F | December 17, 2018 Meeting video recording (condo) (redacted) | 6/23/22 |
| USA 21G | December 17, 2018 transcript | 6/23/22 |
| USA 21I | Checks from Stirling, Orion, CII, Anderson | 6/23/22 |
| USA 21J | Voicemail (audio recording) for Ndukwe | 6/23/22 |
| USA 21K | Voicemail transcript | 6/23/22 |
| USA 22A | January 16, 2019 texts | 6/23/22 |
| USA 22B | January 21, 2019 call (audio recording) | 6/23/22 |
| USA 22C | January 21, 2019 call transcript | 6/23/22 |
| USA 22D | January 21, 2019 voicemail (audio recording) | 6/23/22 |

| Exhibit No. | Document Title | Date Admitted |
|---|---|---|
| USA 22E | January 21, 2019 voicemail transcript | 6/23/22 |
| USA 22F | January 23, 2019 voicemail (audio recording) | 6/23/22 |
| USA 22G | January 23, 2019 voicemail transcript | 6/23/22 |
| USA 23A | January 28-30, 2019 text messages | 6/23/22 |
| USA 23B | Audio recording (redacted) | 6/23/22 |
| USA 23C | Transcript | 6/23/22 |
| USA 24A | February 18, 2019 meeting recording (redacted) | 6/23/22 |
| USA 24B | February 18, 2019 meeting transcript | 6/23/22 |
| USA 25A | March 14, 2019 meeting recording (redacted) | 6/23/22 |
| USA 25B | March 14, 2019 meeting transcript | 6/23/22 |
| USA 26A | May 2, 2019 call Ndukwe and Sittenfeld | 6/23/22 |
| USA 26B | May 2, 2019 call transcript | 6/23/22 |
| USA 26C | May 2, 2019 meeting recording (redacted) | 6/24/22 |
| USA 26D | May 2, 2019 meeting transcript | 6/24/22 |
| USA 28A | July 8, 2019 meeting recording (redacted) | 6/24/22 |
| USA 28B | July 8, 2019 meeting transcript | 6/24/22 |
| USA 29A | August 20, 2019 call (audio recording) (redacted) | 6/24/22 |
| USA 29B | August 20, 2019 call transcript | 6/24/22 |
| USA 29C | August 29, 2019 call (audio recording) | 6/24/22 |
| USA 29D | August 29, 2019 call transcript | 6/24/22 |
| USA 29E | September 19, 2019 call (audio recording) | 6/24/22 |
| USA 29F | September 19, 2019 call transcript | 6/24/22 |
| USA 30A | September 24, 2019 meeting video recording (redacted) | 6/24/22 |
| USA 30B | September 24, 2019 video recording transcript | 6/24/22 |
| USA 30E | Checks from Midway and Blue Stone (Fifth Third records) | 6/23/22 |
| USA 30F | Video recording (complete) | 6/24/22 |
| USA 31A | Timeline of communications in USA 31 | 6/24/22 |
| USA 31B | September 25, 2019 text | 6/24/22 |
| USA 31C | September 25, 2019 call (audio recording) – 8:24 AM | 6/24/22 |
| USA 31D | September 25, 2019 call transcript | 6/24/22 |
| USA 31F | September 25, 2019 call (audio recording) – 11:28 AM | 6/24/22 |
| USA 31G | September 25, 2019 call transcript | 6/24/22 |
| USA 31H | September 26, 2019 call (audio recording) – 1:47 PM | 6/24/22 |
| USA 31I | September 26, 2019 call transcript | 6/24/22 |
| USA 31J | September 29-October 11, 2019 texts | 6/24/22 |
| USA 31K | October 24, 2019 call (audio recording) (redacted) | 6/24/22 |
| USA 31L | October 24, 2019 call transcript | 6/24/22 |
| USA 31M | October 25-27, 2019 texts | 6/24/22 |
| USA 32A | October 28-29, 2019 text messages | 6/24/22 |

| Exhibit No. | Document Title | Date Admitted |
|---|---|---|
| USA 32B | October 28, 2019 Sittenfeld voicemail (audio recording) to UC Vinny | 6/24/22 |
| USA 32C | October 29, 2019 transcript | 6/24/22 |
| USA 32D | October 29, 2019 call | 6/24/22 |
| USA 32E | October 29, 2019 transcript | 6/24/22 |
| USA 33A | October 29, 2019 meeting recording (redacted) | 6/24/22 |
| USA 33B | October 29, 2019 meeting transcript | 6/24/22 |
| USA 33C | October 29, 2019 meeting recording (redacted) | 6/24/22 |
| USA 33D | October 29, 2019 meeting transcript | 6/24/22 |
| USA 33E | Checks from Four Cross and IN2IT Global | 6/23/22 |
| USA 34A | November 14, 2019 Sittenfeld voicemail (audio recording) to UC Rob | 6/24/22 |
| USA 34B | November 14, 2019 voicemail transcript | 6/24/22 |
| USA 34C | November 14, 2019 Sittenfeld call (audio recording) with UC Rob | 6/24/22 |
| USA 34D | November 14, 2019 Sittenfeld call transcript | 6/24/22 |
| USA 35A | November 15, 2019 Sittenfeld voicemail (audio recording) to UC Vinny | 6/24/22 |
| USA 35B | November 15, 2019 voicemail transcript | 6/24/22 |
| USA 35C | November 15, 2019 Sittenfeld call (audio recording) with UC Vinny | 6/24/22 |
| USA 35D | November 15, 2019 call transcript | 6/24/22 |
| USA 36A | November 27, 2019 call (audio recording) | 6/24/22 |
| USA 36B | November 27, 2019 transcript | 6/24/22 |
| USA 37A | December 9, 2019 call (audio recording) | 6/24/22 |
| USA 37B | December 9, 2019 transcript | 6/24/22 |
| USA 38A | December 11, 2019 call (audio recording) | 6/24/22 |
| USA 38B | December 11, 2019 transcript | 6/24/22 |
| USA 39A | December 23, 2019 call (audio recording) | 6/24/22 |
| USA 39B | December 23, 2019 transcript | 6/24/22 |
| USA 40A | FEC Statement of Org. P&G PAC | 6/23/22 |
| USA 40B | January 25, 2019 FEC Filing P&G PAC | 6/23/22 |
| USA 40C | April 1, 2019 FEC Filing P&G PAC | 6/23/22 |
| USA 40D | January 31, 2020 FEC Filing P&G PAC | 6/23/22 |
| USA 40E | FEC summary | 6/23/22 |
| USA 40F | July 28, 2019 FEC Filing P&G PAC | 6/29/22 |
| USA 41A | Fifth Third Checks | 6/23/22 |
| USA 41B | Fifth Third Statement | 6/23/22 |
| USA 41C | Fifth Third Signature Card | 6/23/22 |
| USA 41E | February 6, 2019 email | 6/29/22 |
| USA 41G | April 25-26, 2019 text messages | 6/29/22 |
| USA 41H | February 11, 2019 email | 6/29/22 |

| Exhibit No. | Document Title | Date Admitted |
|---|---|---|
| USA 44B | August 30, 2019 phone records | 6/29/22 |
| USA 46C | Ohio Campaign Finance Report 2018 Semi-annual | 6/28/22 |
| USA 49 | Dec. 12, 2019 email from John Curp | 7/5/22 |
| D2 | 435 Elm Sale to Port - Ordinance | 7/5/22 |
| D4 | 435 Elm Sale to Port - Transmittal | 7/5/22 |
| D11 | Photo of 435 Elm1 | 6/22/22 |
| D12 | Photo of 435 Elm2 | 6/22/22 |
| D13 | Photo of 435 Elm3 | 6/22/22 |
| D14 | Photo of 435 Elm4 | 6/22/22 |
| D15 | Photo of 435 Elm5 | 6/22/22 |
| D16 | Photo of 435 Elm6 | 6/22/22 |
| D17 | Photo of 435 Elm7 | 6/22/22 |
| D18 | Photo of 435 Elm8 | 6/22/22 |
| D48 | Text messages between Ndukwe and Sittenfeld June 2019 | 7/5/22 |
| D54 | Text messages between Ndukwe and Sittenfeld January 2018 – "hosting" | 7/5/22 |
| D84 | 2017 Cincinnati Realtors Candidate Questionnaire | 7/5/22 |
| D136 | Text messages between Goldschmidt and Sittenfeld July 2018 | 7/5/22 |
| D648 | Holiday Card from PG to Rob & Bryan | 7/5/22 |
| D652 | Ndukwe Proffer Agreement | 6/28/22 |
| D653 | Text messages between Goldschmidt and Sittenfeld November 2017 | 7/5/22 |
| D654 | Text messages between Brunner and Sittenfeld August 2019.pdf | 7/5/22 |
| D716 | Email between Brunner and Sittenfeld September 2019 | 7/5/22 |