IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-142 |
| Plaintiff, | : | |
| | : | JUDGE COLE |
| v. | : | |
| | : | VERDICT FORM |
| ALEXANDER SITTENFELD, a/k/a/ "P.G. Sittenfeld," | : | |
| Defendant. | : | |

## COUNT ONE
### (18 U.S.C. §§ 1343, 1346)

1. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

    as to Count One, guilty or not guilty?

    Guilty _____           Not Guilty __✓__

## COUNT TWO
### (18 U.S.C. §§ 1343, 1346)

2. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

    as to Count Two, guilty or not guilty?

    Guilty _____           Not Guilty __✓__

## COUNT THREE
### (18 U.S.C. § 666(a)(1)(B))

3. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld," as to Count Three, guilty or not guilty?

   Guilty __✓__        Not Guilty _____

## COUNT FOUR
### (18 U.S.C. § 1951(a), (b)(2))

4. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld," as to Count Four, guilty or not guilty?

   Guilty __✓__        Not Guilty _____

## COUNT FIVE
### (18 U.S.C. § 666(a)(1)(B))

5. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld," as to Count Five, guilty or not guilty?

   Guilty _____        Not Guilty __✓__

## COUNT SIX
### (18 U.S.C. § 1951(a), (b)(2))

6. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld," as to Count Six, guilty or not guilty?

    Guilty_____          Not Guilty__✓____

**The foregoing constitutes the unanimous verdict of the jury.**

_7/8/2022_
Date

3