**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 1-20-cr-142 |
| v. | Hon. Douglas R. Cole |
| ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld," | MOTION FOR LEAVE TO TRANSCRIBE VOIR DIRE |
| Defendant. | |

Defendant Alexander "P.G." Sittenfeld requests leave of this Court to order the transcript of all juror questioning that occurred in the trial of this matter. A memorandum in support follows.

*/s/ Charles M. Rittgers*
Charles M. Rittgers
Charles H. Rittgers
Neal D. Schuett
Gus J. Lazares
Rittgers & Rittgers
12 East Warren Street
Lebanon, OH 45036
(513) 932-2115

charlie@rittgers.com

*Counsel for the Defendant*

Date: July 12, 2022

**RITTGERS & RITTGERS**
**Attorneys at Law**

12 East Warren Street Lebanon,
Ohio 45036
TEL (513) 932-2115
FAX (513) 934-2201

**Memorandum in Support**

The Court conducted a <u>Remmer</u> hearing immediately following the trial. Counsel for Mr. Sittenfeld is briefing their position following that hearing and requires a transcript of the jurors' answers in voir dire in furtherance of that briefing. Therefore, Counsel for Mr. Sittenfeld requests leave of the Court to order the transcript of all juror questioning that occurred in this case.

Respectfully submitted,

RITTGERS & RITTGERS

*s/ Charles M. Rittgers*
Charles H. Rittgers
Charles M. Rittgers
Neal D. Schuett
Gus J. Lazares
Rittgers & Rittgers
12 East Warren Street
Lebanon, OH 45036
(513) 932-2115
charlie@rittgers.com

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed with the Court's CM/ECF System provided to on this 12th day of July, 2022, which provides electronic notice to all parties. I further certify that the foregoing was emailed to the Court in Word format pursuant to the Court's Standing Order, subsection N.

                                                                */s/ Charles M. Rittgers*
                                                                Charles M. Rittgers
                                                                *Counsel for the Defendant*