# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1-20-cr-142 |
| Plaintiff, | Hon. Douglas R. Cole |
| v. | MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS |
| ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld," | |
| Defendant. | |

Defendant Alexander "P.G." Sittenfeld moves this Court pursuant to Federal Rule of Criminal Procedure 45(b) for additional time to file post-trial motions including, but not limited to, those under Federal Rules of Criminal Procedure 29 and 33. A memorandum in support follows.

> */s/ Charles M. Rittgers*
> Charles M. Rittgers
> Charles H. Rittgers
> Neal D. Schuett
> Gus J. Lazares
> Rittgers & Rittgers
> 12 East Warren Street
> Lebanon, OH 45036
> (513) 932-2115
>
> charlie@rittgers.com
>
> *Counsel for the Defendant*

Date: July 15, 2022

**Memorandum in Support**

"When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made." Fed. R. Crim. P. 45(b). This Court held a <u>Remmer</u> hearing immediately after the verdict was announced in Mr. Sittenfeld's case. As a result of that hearing, Counsel for Mr. Sittenfeld has ordered or awaits permission to order additional transcripts. Also as a result of the <u>Remmer</u> hearing, Counsel for Mr. Sittenfeld is required to undertake additional steps that are predicate to arguments that will be made in post-trial motions under Federal Rules of Criminal Procedure 29 and 33 (and perhaps others). As a result, Mr. Sittenfeld respectfully requests that this Court extend the deadline to file post-trial motions an additional two weeks, until August 5, 2022. Alternatively, Mr. Sittenfeld requests a status conference with the Court to discuss modifications to the deadlines and briefing schedule for post-trial motions in light of the issues identified in the <u>Remmer</u> hearing.

Respectfully submitted,

RITTGERS & RITTGERS

<u>s/ Charles M. Rittgers</u>
Charles H. Rittgers
Charles M. Rittgers
Neal D. Schuett
Gus J. Lazares
Rittgers & Rittgers
12 East Warren Street
Lebanon, OH 45036
(513) 932-2115
charlie@rittgers.com

*Counsel for the Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's CM/ECF System provided to on this 15th day of July, 2022, which provides electronic notice to all parties. I further certify that the foregoing was emailed to the Court in Word format pursuant to the Court's Standing Order, subsection N.

*/s/ Charles M. Rittgers*
Charles M. Rittgers
*Counsel for the Defendant*