1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
2                         WESTERN DIVISION
                             *   *   *
3

4    UNITED STATES OF AMERICA,        : Case No. 1:20-cr-00142-1
                                       :
5              Plaintiff,             : **Jury Trial, Day 4**
                                       : Friday, June 24, 2022
6         - v -                        :
                                       : 9:00 a.m.
7    ALEXANDER SITTENFELD, a/k/a       :
        "P.G. Sittenfeld,"             :
8                                      :
               Defendant.              : Cincinnati, Ohio
9
                             *   *   *
10     **EXCERPTED PROCEEDINGS - CONTINUED DIRECT OF NATHAN HOLBROOK**

11      BEFORE THE HONORABLE DOUGLAS R. COLE, DISTRICT JUDGE

12                           *   *   *

13   For the Plaintiff:        EMILY N. GLATFELTER, ESQ.
                               MATTHEW C. SINGER, ESQ.
14                             MEGAN GAFFNEY PAINTER, ESQ.
                               U.S. Department of Justice
15                             U.S. Attorney's Office
                               221 E. Fourth Street, Suite 400
16                             Cincinnati, Ohio  45202

17   For the Defendant:        CHARLES M. RITTGERS, ESQ.
                               CHARLES H. RITTGERS, ESQ.
18                             NEAL D. SCHUETT, ESQ.
                               Rittgers & Rittgers
19                             12 E. Warren Street
                               Lebanon, Ohio  45036
20
     Law Clerk:                Jacob T. Denz, Esq.
21
     Courtroom Deputy:         Scott M. Lang
22
     Court Reporter:           M. Sue Lopreato, RMR, CRR
23                             513.564.7679

24                           *   *   *

25

1                    P R O C E E D I N G S

2              (In open court at 9:01 a.m.)

3                         *   *   *

4         (Jury in at 9:01 a.m.)

5              THE COURT:  Good morning, ladies and gentlemen of the

6      jury.  I hope you had a restful evening and avoided the

7      temptation to watch news or read the newspapers.

8         We're back, and we did a little better job of getting

9      started promptly this morning.  So we're going to pick up

10     where we left off with the government's case.

11        And Special Agent Holbrook, I'll remind you, sir, that

12     you remain under oath.

13              THE WITNESS:  Yes, Judge.

14              THE COURT:  You may proceed.

15              MS. GAFFNEY PAINTER:  Thank you, Your Honor.

16                   CONTINUED DIRECT EXAMINATION

17     BY MS. GAFFNEY PAINTER:

18     Q.   Special Agent Holbrook, good morning.

19     A.   Good morning.

20     Q.   Yesterday, we went through a lot of recordings.

21     A.   Yes.

22     Q.   And I'd like to go back to November 7, 2018.

23          Will you please go in your exhibit binder to tab USA 15F.

24     A.   Yes.

25     Q.   Do you recognize this?

1    A.   Yes, I do.

2    Q.   What is it?

3    A.   This is an audio recording that occurred in the

4    restaurant on November 7, 2018.

5    Q.   And how do you know that?

6    A.   I know that because I've reviewed this disk, and I placed

7    my initials on it.

8             MS. GAFFNEY PAINTER:  The government moves for the

9    admission of Government Exhibit USA 15F.

10            THE COURT:  Any objection?

11            MR. C. HENRY RITTGERS:  I'm trying to find that.

12            MR. C. MATTHEW RITTGERS:  It's an audio.

13            MR. C. HENRY RITTGERS:  It's the audio?

14            THE COURT:  Audio recording at the restaurant.

15            MR. C. HENRY RITTGERS:  No objection, Your Honor.

16            THE COURT:  USA 15F is admitted without objection.

17   Q.   Special Agent Holbrook, will you please turn to the next

18   tab in your binder, USA 15G.

19   A.   Yes.

20   Q.   Do you recognize this?

21   A.   I do.

22   Q.   What is it?

23   A.   This is a video and audio recording of the events that

24   occurred in the apartment on November 7, 2018.

25   Q.   How do you know that?

1  A.  I know that because I reviewed this disk, and I placed my

2  initials on it.

3      MS. GAFFNEY PAINTER:  The government moves for the

4  admission of Government Exhibit USA 15G.

5      MR. C. HENRY RITTGERS:  No objection, Your Honor.

6      THE COURT:  USA 15G is admitted without objection.

7  Q.  To help orient us all.  Yesterday, the government

8  admitted USA 15A and 15B.  Those were segments of the meeting

9  at the Nada restaurant, and those were segments of the meeting

10 at the apartment.  Do you recall that, Special Agent Holbrook?

11 A.  Yes.

12 Q.  These recordings, 15F and 15G, is the entire recording

13 for both the Nada meeting and the entire recording for the

14 interaction in the apartment; is that right?

15 A.  That is correct.

16      MS. GAFFNEY PAINTER:  Okay.  Your Honor, yesterday we

17 had some technical difficulties playing a voicemail that was

18 admitted into evidence as USA 21J, with its transcripts at

19 USA 21K.

20      May we publish this exhibit to the jury at this time?

21      THE COURT:  That's the one that, I believe, you had

22 the special agent read to the jury; is that right?

23      MS. GAFFNEY PAINTER:  Yes.  That's correct.

24      THE COURT:  Yes, you may do so.  Ladies and gentlemen

25 of the jury, it will be 21K in your binder.

1          (Video played.)

2          MS.  GAFFNEY PAINTER:  Your Honor, before we ended

3     yesterday, we were attempting to publish USA 26A, with the

4     transcript at USA 26B, and we encountered some technical

5     difficulties.

6          These exhibits have been admitted into evidence, and we

7     would request permission to publish this at this time to the

8     jury?

9          THE COURT:  You may do so.  It will be 26B, ladies

10    and gentlemen of the jury.

11         (Audio played.)

12    Q.  Special Agent Holbrook, there was a reference in USA 26A

13    to Laura Brunner.  Who is Laura Brunner?

14    A.  Laura Brunner is the executive director of the port.

15    Q.  What is "the port"?

16    A.  The port is a quasi-governmental redevelopment agency

17    that focuses on taking blighted property, and they have

18    financing tools that they can utilize to return the blighted

19    property back to its highest and best use.

20    Q.  The call we listened to at USA 26A happened on May 2,

21    2019.  What else of investigative significance happened on

22    May 2, 2019?

23    A.  Mr. Sittenfeld met with Rob on that date.

24    Q.  Did anyone else attend that meeting?

25    A.  No.

1   Q.   Was that meeting recorded?

2   A.   Yes.

3   Q.   If you could, please, turn in your binder to tab USA 26C.

4   A.   Yes.

5   Q.   Do you recognize this?

6   A.   I do.

7   Q.   What is it?

8   A.   This is a recording of the May 2, 2019 meeting between

9   Mr. Sittenfeld and Rob.

10   Q.   How do you know that?

11   A.   I reviewed this disk, and I placed my initials on the

12   disk after review.

13        MS. GAFFNEY PAINTER:  The government moves for

14   admission of USA 26C.

15        MR. C. MATTHEW RITTGERS:  Your Honor, I would just

16   like to note, for the record, that it's a partial recording;

17   it's not the entire interaction.

18        THE COURT:  I imagine Ms. Gaffney Painter will make

19   that clear in just a second here.

20        MR. C. MATTHEW RITTGERS:  Thank you.

21        THE COURT:  So are you objecting or just noting that?

22        MR. C. MATTHEW RITTGERS:  No objection.

23        THE COURT:  USA 26C is admitted without objection.

24   Q.   Special Agent Holbrook, will you please turn to the tab

25   in your binder marked USA 26D.

1    A.   Yes.

2    Q.   Do you recognize this?

3    A.   I do.

4    Q.   What is it?

5    A.   It is a transcript of the May 2, 2019 recording.

6    Q.   And have you reviewed it for accuracy?

7    A.   I have.

8         MS. GAFFNEY PAINTER:  The government moves for the

9    admission of Government Exhibit USA 26D.

10        MR. C. HENRY RITTGERS:  No objection, Your Honor.

11        THE COURT:  USA 26D is admitted without objection.

12   Q.   Before we publish this exhibit and have the jury review

13   the transcript, I would like to note the time stamps for the

14   record.

15        And I would also like to draw the Court's attention to

16   this is a clip we have discussed that the defendant had

17   requested a broader range to be played.  And we have that

18   broader range, it just will not be in the transcript.

19        And I believe that what Your Honor had proposed was an

20   advice to the jury about how to interpret that.

21        THE COURT:  I see.  Okay.  So with this clip, there's

22   going to be some additional material played as to which you

23   don't have a transcript.  Don't attribute the lack of a

24   transcript to any party; it's no party's fault.

25        There's part of it where you're just going to have to

1    hear and do your best to kind of listen and hear what's said.

2    It won't exactly match the transcript that you're looking at.

3        You may proceed.

4        MS. GAFFNEY PAINTER:  Thank you, Your Honor.  And now

5    I will note for the record the time stamps that we will be

6    playing.

7        First, we will be playing 21:33 to 23:01.  That will be

8    transcribed.  And then we will continue to play, at the

9    defendant's request, until 24:19.

10       The second clip will be 38:55 to 39:48.

11       The third clip is 1:25:38 to 1:26:04.

12       Your Honor, may we publish to the jury?

13       THE COURT:  You may.

14       (Audio played.)

15   Q.  Special Agent Holbrook, there was reference in USA 26C to

16   "Jay."  Who is Jay?

17   A.  Jay Kincaid.

18   Q.  Let's move now to June 25, 2019.  Was there a call that

19   day between Rob and Sittenfeld?

20   A.  There was.

21   Q.  Was that call recorded?

22   A.  It was not recorded in its entirety.

23   Q.  Why is that?

24   A.  There was a technical delivery issue on the provider's

25   end that caused that call to drop.  I think we're familiar

1  with calls dropping when we're talking to someone.  That was

2  the same issue here.

3      It was out of the control of the case agent, and it was

4  out of the control of Rob, who made the call.

5  Q.  The next day, June 26, 2019, what happened in Cincinnati

6  City Council?

7  A.  This was the date that the Cincinnati City Council voted

8  to transfer the 435 Elm property to the port.

9  Q.  If you could, please, turn in your exhibit binder to the

10  tab marked USA 3C.

11  A.  Yes.

12  Q.  Do you recognize this?

13  A.  I do.

14  Q.  What is it?

15  A.  This is a memo, with a following city ordinance regarding

16  the transfer.

17  Q.  How do you know that?

18  A.  I've reviewed this document.

19      MS. GAFFNEY PAINTER:  The government moves for the

20  admission of Government Exhibit USA 3C.

21      MR. C. HENRY RITTGERS:  No objection.

22      THE COURT:  USA 3C is admitted without objection.

23  Q.  Now, Special Agent Holbrook, if you could, please, turn

24  to the tabs USA 3D and USA 3E.

25  A.  Yes.

1    Q.  Do you recognize these?

2    A.  I do.

3    Q.  What are they?

4    A.  3D is the city council minutes from June 26, 2019.

5        And 3E is an excerpt of that city council meeting on

6  June 26, 2019.

7    Q.  How do you know that?

8    A.  I have reviewed this disk and put my initials on it.

9        MS. GAFFNEY PAINTER:  The government moves for the

10  admission of Government Exhibits USA 3D and 3E.

11        MR. C. HENRY RITTGERS:  No objection, Your Honor.

12        THE COURT:  USA 3D and 3E are admitted without

13  objection.

14    Q.  Now if you could, Special Agent Holbrook, please turn to

15  tab USA 3F.

16    A.  Yes.

17    Q.  Do you recognize this?

18    A.  I do.

19    Q.  What is it?

20    A.  This is a partial transcript of the June 26, 2019 city

21  council meeting.

22    Q.  Have you reviewed it for accuracy?

23    A.  I have.

24        MS. GAFFNEY PAINTER:  The government moves for the

25  admission of Government Exhibit USA 3F.

1          MR. C. HENRY RITTGERS:  No objection.

2          THE COURT:  USA 3F is admitted without objection.

3          MS. GAFFNEY PAINTER:  Your Honor, permission to

4     publish this exhibit to the jury?

5          THE COURT:  3F, or which exhibit?

6          MS. GAFFNEY PAINTER:  I apologize.  USA 3E.

7          THE COURT:  You may do so.

8          MS. GAFFNEY PAINTER:  Before we begin, I would just

9     like to note, for the record, which portions of this exhibit

10    have been transcribed.

11       From 1:40:18 to 1:40:40.

12       And the second piece that is transcribed is 1:43:43 to

13    1:44:51.

14          THE COURT:  And 3F, I think, is available to the

15    jurors in the transcript book; is that right?

16          MS. GAFFNEY PAINTER:  That's correct.

17          THE COURT:  Ladies and gentlemen, I believe it's the

18    first tab in the transcript binder.

19          MS. GAFFNEY PAINTER:  And, Your Honor, one more

20    procedural matter.

21       We will be opening a large complete file and then

22    dragging to the relevant time portion.  It may be approximate

23    where the drag drops, but those timestamps I gave are the

24    timestamps for the transcript.

25          THE COURT:  Thank you.

1    A.    Counselor, may I clarify something?

2    Q.    Certainly.

3    A.    The disk actually contains the entire city council

4    meeting, as opposed to that clip of it, so I want to clarify

5    that.

6          MS. GAFFNEY PAINTER:  May we proceed with

7    publication?

8          THE COURT:  You may.

9          (Audio played.)

10   Q.    Special Agent Holbrook, directing your attention to

11   Government Exhibit USA 3D, which is already in evidence, the

12   minutes of the council meeting --

13         MS. GAFFNEY PAINTER:  With the Court's permission,

14   I'd like to display page 18 of already admitted USA 3D?

15         THE COURT:  You may do so.

16   Q.    Special Agent Holbrook, I'm directing you to page 18,

17   item number 201901098, and it is located at the bottom of the

18   page that is displayed, which is page 18 of USA 3D.

19         Will you please read this for the jury?

20   A.    Yes.  "Item 201901098, ordinance emergency, dated

21   6.19.2019, submitted by Patrick Duhaney, city manager,

22   authorizing the city manager to execute a sale agreement with

23   the Hamilton County Land Reutilization Corporation and the

24   Port of Greater Cincinnati Development Authority, pursuant to

25   which the City of Cincinnati will sell for one dollar the

1    property located at 435 Elm Street, in the Central Business

2    District of Cincinnati, commonly known as Convention Place

3    Mall, together with the adjacent pocket park, in order to

4    facilitate the redevelopment of the property and the

5    remediation of existing hazardous conditions at the site."

6    Q.   Special Agent Holbrook, let's move now to July 8, 2019.

7    If you could turn in your binder to the tab marked USA 28A.

8    A.   Yes.

9    Q.   Do you recognize this?

10   A.   I do.

11   Q.   What is it?

12   A.   This is a disk containing a July 8th, 2019 meeting

13   between Mr. Sittenfeld, Brian, and Rob.

14   Q.   How do you know that?

15   A.   I reviewed this disk, and I placed my initials on the

16   disk after review.

17        MS. GAFFNEY PAINTER:  The government moves for the

18   admission of Government Exhibit USA 28A.

19        MR. C. HENRY RITTGERS:  No objection, Your Honor.

20        THE COURT:  USA 28A is admitted without objection.

21   Q.   Special Agent Holbrook, will you please turn now to the

22   tab in your binder marked USA 28B.

23   A.   Yes.

24   Q.   Do you recognize this?

25   A.   I do.

1    Q.   What is it?

2    A.   This is a transcript dated July 8, 2019, of the recorded

3    meeting.

4    Q.   Have you reviewed it for accuracy?

5    A.   I have.

6         MS. GAFFNEY PAINTER:  The government moves for the

7    admission of Government Exhibit USA 28B.

8         MR. C. HENRY RITTGERS:  No objection.

9         THE COURT:  USA 28B is admitted without objection.

10        MS. GAFFNEY PAINTER:  Your Honor, we seek permission

11   to publish to the jury, but before doing so, we'd like to put

12   the timestamps into the record.

13        THE COURT:  Please do so.

14        MS. GAFFNEY PAINTER:  The first segment we will be

15   publishing is 46:09 to 47:20.

16        The second segment is 1:06:17 to 1:08:42.

17        The third segment is 1:10:38 to 1:11:16.

18        THE COURT:  It says 18 in mine.  16?

19        MS. GAFFNEY PAINTER:  Oh, forgive me, Your Honor.  It

20   should be 18 and not 16.

21        THE COURT:  Very good.

22        MS. GAFFNEY PAINTER:  Thank you.  May we publish this

23   to the jury?

24        THE COURT:  You may.

25        (Audio played.)

1    Q.   There was reference in 28A to a sports book.

2         What is your understanding as to what a sports book is in

3    the context of this investigation?

4    A.   My understanding is that sports book is, in this context,

5    was a legal sports gambling facility that was going to be

6    placed in the 435 Elm project.

7         And by way of background, in May of 2018, the United

8    States Supreme Court struck down a law that paved the way for

9    states to make their own decisions on sports gaming.

10        And during the course of the investigation, the Ohio

11   General Assembly was debating on if they wanted sports

12   gambling to be legal in the state and how they were going to

13   legislate that.

14   Q.   There was also discussion in Government Exhibit USA 28A

15   of Vinny.  Prior to this meeting, what decision did you make

16   about the participation of Vinny?

17   A.   Prior to this meeting, we decided that we were going to

18   introduce Vinny into the investigation as an investor, and

19   particularly an investor in the sports book side of 435 Elm.

20   Q.   Let's go now to August 20, 2019.

21        If you could, please, turn to the tab in your binder

22   marked USA 29A.

23   A.   Yes.

24   Q.   Do you recognize this?

25   A.   I do.

1    Q.   What is it?

2    A.   This is a disk containing an audio recording between

3    Mr. Sittenfeld and Rob on August 20, 2019.

4    Q.   How do you know that?

5    A.   I recorded this disk -- or, excuse me.  I reviewed this

6    disk, and I placed my initials on it.

7         MS. GAFFNEY PAINTER:  The government moves for

8    admission of Government Exhibit USA 29A.

9         MR. C. HENRY RITTGERS:  No objection.

10        THE COURT:  USA 29A is admitted without objection.

11   Q.   Now, Special Agent Holbrook, if you could, please, turn

12   to Tab USA 29B.

13   A.   Yes.

14   Q.   Do you recognize this?

15   A.   I do.

16   Q.   What is it?

17   A.   It is an August 20, 2019 transcript of that recording

18   from Mr. Sittenfeld and Rob.

19   Q.   Have you reviewed it for accuracy?

20   A.   Yes, I have.

21        MS. GAFFNEY PAINTER:  The government moves for the

22   admission of Government Exhibit USA 29B.

23        MR. C. HENRY RITTGERS:  No objection.

24        THE COURT:  USA 29B is admitted without objection.

25        MS. GAFFNEY PAINTER:  Your Honor, we would request

1    permission to publish, but before doing so, would like to note

2    on the record the timestamps that will appear in the

3    transcript.

4              THE COURT:  You may do so.

5              MS. GAFFNEY PAINTER:  We will start at the beginning,

6    00:00, and play to 00:07.

7         The second segment is 41:6:36.  And the final segment is

8    6:59 until the end.  May we publish?

9              THE COURT:  You may.  Ladies and gentlemen of the

10   jury, you should have a 29B tab in your transcript binder.

11        (Audio played.)

12   Q.   Let's move nine days ahead, to August 29, 2019.

13        Now, if you could turn in your binder to the tab marked

14   USA 29C.

15   A.   Yes.

16   Q.   Do you recognize this?

17   A.   Yes.

18   Q.   What is it?

19   A.   This is a disk that contains an audio recording from

20   August 29, 2019, of a telephone call between Mr. Sittenfeld

21   and Mr. Ndukwe.

22   Q.   How do you know that?

23   A.   I reviewed this disk and placed my initial on it.

24              MS. GAFFNEY PAINTER:  The government moves for the

25   admission of Government Exhibit USA 29C.

1          MR. C. HENRY RITTGERS:  No objection.

2          THE COURT:  USA 29C is admitted without objection.

3   Q.   Special Agent Holbrook, please turn to the tab USA 29D.

4   A.   Yes.

5   Q.   Do you recognize this?

6   A.   I do.

7   Q.   What is it?

8   A.   This is a transcript of the August 29, 2019 telephone

9   call between Mr. Sittenfeld and Ndukwe.

10  Q.   Have you reviewed it for accuracy?

11  A.   I have.

12         MS. GAFFNEY PAINTER:  Your Honor, the government

13  moves for admission of Government Exhibit USA 29D.

14         MR. C. HENRY RITTGERS:  No objection.

15         THE COURT:  USA 29D is admitted without objection.

16         MS. GAFFNEY PAINTER:  Your Honor, may we publish this

17  to the jury?

18         THE COURT:  You may.

19     (Audio played.)

20  Q.   Let's move now to September 19, 2019.  If you could turn

21  in your binder to what's been marked for identification as

22  USA 29E.

23  A.   Yes.

24  Q.   Do you recognize this?

25  A.   I do.

1    Q.  What is it?

2    A.  This is a disk containing a recorded telephone call

3    between Rob and Mr. Sittenfeld.

4    Q.  How do you know that?

5    A.  I reviewed this disk, and I placed my initials on it.

6         MS. GAFFNEY PAINTER:  The government moves for the

7    admission of Government Exhibit USA 29E.

8         MR. C. HENRY RITTGERS:  No objection.

9         THE COURT:  USA Exhibit 29E is admitted without

10   objection.

11   Q.  Special Agent Holbrook, if you could turn to the next

12   tab, USA 29F.

13   A.  Yes.

14   Q.  Do you recognize this?

15   A.  I do.

16   Q.  What is it?

17   A.  This is a transcript of the September 19, 2019 recorded

18   call between Mr. Sittenfeld and Rob.

19   Q.  Have you reviewed it for accuracy?

20   A.  Yes.

21        MS. GAFFNEY PAINTER:  The government moves for the

22   admission of Government Exhibit USA 29F.

23        MR. C. HENRY RITTGERS:  No objection, Your Honor.

24        THE COURT:  USA 29F is admitted without objection.

25        MS. GAFFNEY PAINTER:  Your Honor, may we publish this

1     exhibit to the jury?

2         THE COURT: You may. And ladies and gentlemen of the

3     jury, you should have a tab that's marked 29F in your

4     transcript book.

5     (Audio playing.)

6     Q. Special Agent Holbrook, also in September 2019, were

7     there lawsuits of significance to Mr. Ndukwe filed that month?

8     A. Yes, there was.

9     Q. Did those lawsuits, and the allegations within them,

10     receive publicity?

11     A. Yes, they did.

12     Q. All right. Let's move now to September 24, 2019. What

13     happened of investigative significance that day?

14     A. Mr. Sittenfeld and his chief of staff, Chris Dalton, met

15     with Vinny, Rob, and Brian, in a hotel room in Columbus.

16     Q. Why was the meeting held in Columbus?

17     A. The meeting was held in Columbus because, as we just

18     heard, Mr. Sittenfeld was going to be there for an event.

19        And in addition to that, Vinny, Rob, and Brian had

20     already planned to be in Columbus on a related but separate

21     investigation.

22     Q. Why was the meeting in a hotel room?

23     A. They didn't have an apartment or condo in Columbus, so

24     that's where they stayed, in a hotel room.

25     Q. Were there any investigative advantages afforded by

1    having the meeting in a hotel room?

2    A.   Yes.  So in addition to that, the hotel room was quiet.

3    It was private.  It provided an environment to capture quality

4    audio and video recordings, and it's an environment that we

5    could control, as opposed to a public restaurant or a public

6    place that would be loud and difficult to hear the

7    conversations.

8    Q.   Was that meeting recorded?

9    A.   It was.

10   Q.   How was that meeting recorded?

11   A.   The meeting was recorded with both audio and audio/video

12   recording devices.

13   Q.   Were those audio and audio/video recording devices

14   hidden?

15   A.   Yes.

16   Q.   Will you please turn to your binder to the tab USA 30A.

17   A.   Yes.

18   Q.   Do you recognize this?

19   A.   I do.

20   Q.   What is it?

21   A.   This is a disk containing the video recording of the

22   September 24, 2019 meeting.

23   Q.   How do you know that?

24   A.   I've reviewed this disk and placed my initials on it.

25           MS. GAFFNEY PAINTER:  The government moves for the

1    admission of Government Exhibit USA 30A.

2            MR. C. MATTHEW RITTGERS:  Your Honor, this is just a

3    clarification.  Is that the entirety of the interaction, 30A,

4    or just parts of it?

5            THE COURT:  Ms. Gaffney Painter?

6            MS. GAFFNEY PAINTER:  Bear with me just a moment.

7    May I confer with my colleagues?

8            THE COURT:  You may.

9            MS. GAFFNEY PAINTER:  Your Honor, to clarify, so 30A

10   is the video recording that contains particular excerpts.

11      The entire video recording of the entire interaction is

12   USA 30F, which we will also be seeking to admit into evidence,

13   and we can do that now, if that's convenient.

14           MR. C. MATTHEW RITTGERS:  No objection, Your Honor.

15   Q.  So Special Agent Holbrook, will you please turn to

16   Tab 30F.

17           THE COURT:  Well, I don't think I've admitted 30A,

18   yet, so...

19           MS. GAFFNEY PAINTER:  I apologize.

20           THE COURT:  I understand you to be saying no

21   objection to 30A?

22           MR. C. MATTHEW RITTGERS:  30A, that's the segments?

23           THE COURT:  That's the portions.

24           MR. C. MATTHEW RITTGERS:  Subject to our rule of

25   completeness motions.  But outside of that, no objection, Your

1   Honor.

2           THE COURT:  USA 30A is admitted, subject to the

3   objection that Mr. Rittgers just raised.

4           MS. GAFFNEY PAINTER:  Thank you, Your Honor.

5   Q.  Special Agent Holbrook, now will you please turn to

6   tab USA 30F.

7   A.  Yes.

8   Q.  Do you recognize this?

9   A.  Yes.

10  Q.  What is it?

11  A.  This is a disk containing the video recording of the

12  September 24, 2019 meeting in Columbus.

13  Q.  Is this the entire recording?

14  A.  Yes.

15  Q.  How do you know it is what you just said it was?

16  A.  I reviewed this recording and placed my initials on it.

17          MS. GAFFNEY PAINTER:  Your Honor, the government

18  moves for the admission of Government Exhibit 30F.

19          MR. C. HENRY RITTGERS:  No objection, Your Honor.

20          THE COURT:  USA 30F is admitted without objection.

21  Q.  Special Agent Holbrook, will you please turn in your

22  exhibit binder to tab USA 30B.

23  A.  Yes.

24  Q.  Do you recognize this?

25  A.  Yes.

1    Q.   What is it?

2    A.   This is a transcript, partial transcript, of the recorded

3    meeting on September 24, 2019.

4    Q.   And have you reviewed it for accuracy?

5    A.   I have.

6           MS. GAFFNEY PAINTER:  The government moves for the

7    admission of Government Exhibit USA 30B.

8           MR. C. HENRY RITTGERS:  Subject to our objection.

9           THE COURT:  I'm sorry.  I didn't hear you, sir.

10          MR. C. HENRY RITTGERS:  I apologize, Judge.  Subject

11   to our objection.

12          THE COURT:  Okay.  I'm going to admit it over the

13   objection of Mr. Sittenfeld, so USA 30B is admitted.

14          MS. GAFFNEY PAINTER:  Your Honor, before I request

15   permission to publish this to the jury, I'd like to put on the

16   record the timestamps.

17          THE COURT:  You may do so.

18   Q.   And Special Agent Holbrook, to clarify these, you

19   testified yesterday about sessions.  Can you, again, explain

20   to us what sessions are?

21   A.   Yes.  So the recording devices that capture video

22   recordings, they cut the video recordings into sessions.  The

23   device does it, it's not us doing it, because it's for the

24   ease of transfer if it's downloaded or transferred to working

25   copies.

1    Q.   So where there exists a session break -- for instance, in

2    the transcript we will publish shortly to the jury, there is

3    reference to session four ending and then session five

4    beginning.

5         Does that session break cut out any content in the video?

6    A.   No.  When the device cuts the recordings into sessions,

7    they're still continuous, it's just they're in different

8    blocks.

9              MS. GAFFNEY PAINTER:  Your Honor, may I now put the

10   timestamps from the transcript into the record?

11             THE COURT:  You may.

12             MS. GAFFNEY PAINTER:  So from session two, we will

13   play from minute 7:08 to minute 7:54.

14        From session two, we will play from 9:17 to 10:06.

15        From session three, we will play from eight seconds to

16   6:50.

17        Also from session three, we will play from 7:16 until the

18   end of session three.

19        We will then play all of session four, all of session

20   five.

21        And then session six, we will play from the beginning of

22   session six until the end of the transcript, which is at 6:34.

23             THE COURT:  Very good.  And, Ms. Gaffney Painter,

24   that sounds like it's going to be a relatively lengthy period

25   of time, so if you would like to be seated at counsel table

1    while it plays, you may.

2          MS. GAFFNEY PAINTER:  Thank you very much, Your

3    Honor.  May we publish this to the jury?

4          THE COURT:  You may.

5      (Video played.)

6          MS. GAFFNEY PAINTER:  Your Honor, may I approach the

7    podium and continue the examination.

8          THE COURT:  I wonder if this might be -- well, do you

9    have a few follow-up questions on this?

10          MS. GAFFNEY PAINTER:  No.  This could be a good spot

11    for a break.

12          THE COURT:  It's about 10 'til 11:00.  So why don't

13    we take our morning break now, and we'll try to keep it

14    relatively brief and try to have you back in the courtroom by,

15    say, 10 after 11:00 or so.

16      I just would remind you, as I've reminded you on every

17    occasion, please don't discuss the case with your fellow

18    jurors.  Please do not do any research on your own, by

19    electronic means or otherwise, regarding the facts or

20    testimony you should hear.

21      If anyone should attempt to communicate with you

22    regarding this case, please let us know.  And other than that,

23    have a good break.

24      (Jury out at 10:51 a.m.)

25          THE COURT:  Anything counsel wish to discuss before

1    we take a break?

2              MR. SINGER:  No, Your Honor.

3              MR. C. HENRY RITTGERS:  No, Your Honor.

4              THE COURT:  All right.  Why don't we take a brief

5    recess as well.

6         (Brief recess.)

7              THE COURT:  Are we ready to proceed, Counsel?

8              MR. SINGER:  Yes, Your Honor.

9              MR. C. HENRY RITTGERS:  Yes, Your Honor.

10             THE COURT:  All right.  Let's bring in the jury.

11        (Jury in at 11:11 a.m.)

12             THE COURT:  Ms. Gaffney Painter, are you ready to

13   proceed?

14             MS. GAFFNEY PAINTER:  Yes.  Thank you, Your Honor.

15   BY MS. GAFFNEY PAINTER:

16   Q.  Special Agent Holbrook, will you please turn in your

17   exhibit binder to the tab marked USA 30E.

18   A.  Yes.

19   Q.  Do you recognize these?

20   A.  I do.

21   Q.  What are they?

22   A.  They are photocopies of checks and a deposit slip.

23             MS. GAFFNEY PAINTER:  Your Honor, pursuant to a

24   stipulation earlier in the trial, we've previously admitted

25   bank records from Fifth Third Bank, that was USA 41A and

1    USA 41B.

2        This exhibit is an excerpt from those records that have

3    already been admitted.  The government moves for the admission

4    of Government Exhibit USA 30E.

5            MR. C. HENRY RITTGERS:  No objection, Your Honor.

6            THE COURT:  USA 30E is admitted without objection.

7            MS. GAFFNEY PAINTER:  May we publish to the jury?

8            THE COURT:  You may.

9    Q.  All right.  Let's start with the first page here of

10   USA 30E.

11       What is on this first page?

12   A.  This is a photocopy of a check.

13   Q.  And before the break, we watched a video exhibit.  What

14   is the relevance of this check to the video exhibit that we

15   watched before the break?

16   A.  This is one of the checks that was provided to

17   Mr. Sittenfeld from Vinny.

18   Q.  All right.  What appears here on the top left corner?

19   A.  The name of an LLC, Blue Stone Logistics.

20   Q.  What is Blue Stone Logistics, LLC?

21   A.  Blue Stone Logistics is an LLC that is controlled by the

22   FBI.

23   Q.  Who is this check made out to?

24   A.  The Progress and Growth.

25   Q.  What is the amount of this check?

1    A.   $5,000.

2    Q.   All right.  Let's proceed to the second page, please.

3         Now, if you could, what are we looking at here on this

4    second page?

5    A.   This is the back of the check after it was deposited into

6    a Fifth Third Bank account.

7    Q.   All right.  If we could proceed to the third page,

8    please.

9         What is this?

10   A.   This is a check dated November 24, 2019.

11   Q.   And was this one of the checks that was given to

12   Mr. Sittenfeld by Vinny in the previous video exhibit?

13   A.   Yes, it was.

14   Q.   All right.  What appears here at the top left corner?

15   A.   The name of an LLC, Midway Development Group.

16   Q.   What is Midway Development Group, LLC?

17   A.   This is an LLC that is controlled by the FBI.

18   Q.   Who is this check made out to?

19   A.   Progress and Growth.

20   Q.   What is the amount of the check?

21   A.   $5,000.

22   Q.   Let's go to the fourth page.  What are we seeing here?

23   A.   This is the back side of the Midway Development Group

24   check, as it was deposited into the Fifth Third Bank account.

25   Q.   All right.  And if we could go to the fifth page of the

1  exhibit, please.  What are we looking at here?

2  A.  This is a deposit slip that records the deposits of the

3  previous two checks.  You see on the right side two deposits

4  in the amount of $5,000, for a total of $10,000, into a Fifth

5  Third Bank account.

6  Q.  Thank you.  The day after the meeting that we watched,

7  and that would be September 25, 2019, did Sittenfeld text Rob?

8  A.  Excuse me.  Can you repeat that question?

9  Q.  Certainly.  The day after the meeting we watched, so that

10  would be September 25, 2019, did Sittenfeld text Rob?

11  A.  Yes, he did.

12  Q.  All right.  If you could turn in your exhibit binder to

13  the tab marked Exhibit 31B?

14  A.  Yes.

15  Q.  Do you recognize this?

16  A.  Yes, I do.

17  Q.  What is it?

18  A.  This is a text message exchange between Sittenfeld and

19  Rob.

20  Q.  Have you reviewed it for accuracy?

21  A.  I have.

22       MS. GAFFNEY PAINTER:  The government moves for the

23  admission of Government Exhibit USA 31B.

24       MR. C. HENRY RITTGERS:  No objection.

25       THE COURT:  Exhibit 31B is admitted without

1    objection.

2          MS. GAFFNEY PAINTER:  May we publish this exhibit?

3          THE COURT:  You may.

4    Q.  If you could, Agent Holbrook, will you read what is

5    displayed here on 31B?

6    A.  Yes.  On September 25, 2019, Mr. Sittenfeld sent a text

7    message to Rob, at 8:10 a.m., and the text message states:

8    "You got a quick second by phone?  Two quick questions."

9    Q.  Was there a subsequent phone call that same day between

10   Rob and Sittenfeld?

11   A.  Yes, there was.

12   Q.  Was that call recorded?

13   A.  Yes.

14   Q.  Did you review that recording?

15   A.  I did.

16   Q.  All right.  If you will turn, please, to the tab in your

17   binder marked USA 31C.

18   A.  Yes.

19   Q.  Do you recognize this?

20   A.  I do.

21   Q.  What is it?

22   A.  This is a disk containing a recorded telephone call

23   between Mr. Sittenfeld and Rob.

24   Q.  How do you know that?

25   A.  I've reviewed this disk, and I placed my initials on it.

1          MS. GAFFNEY PAINTER:  The government moves for the

2    admission of Government Exhibit USA 31C.

3          MR. C. HENRY RITTGERS:  No objection.

4          THE COURT:  USA 31C is admitted without objection.

5    Q.  Special Agent Holbrook, please turn to the tab marked

6    USA 31D.

7    A.  Yes.

8    Q.  Do you recognize this?

9    A.  I do.

10   Q.  What is it?

11   A.  This is a transcript of the September 25, 2019 call

12   between Rob and Mr. Sittenfeld.

13   Q.  Have you reviewed it for accuracy?

14   A.  I have.

15         MS. GAFFNEY PAINTER:  The government moves for the

16   admission of Government Exhibit USA 31D.

17         MR. C. HENRY RITTGERS:  No objection, Your Honor.

18         THE COURT:  USA 31D is admitted without objection.

19         MS. GAFFNEY PAINTER:  Your Honor, permission to

20   publish USA 31C to the jury, and allow them to follow along

21   with the transcript at USA 31D?

22         THE COURT:  You may do so.  Ladies and gentlemen of

23   the jury, there should be a tab marked 31D, as in dog, in your

24   transcript book.

25     ( Audio played.)

1    Q.   Special Agent Holbrook, there was reference in

2    USA Exhibit 31C to a Nathan Wright.  Who is Nathan Wright?

3    A.   Nathan Wright is my alias.

4    Q.   For what purpose?

5    A.   To operate the LLCs that were previously referenced, Blue

6    Stone Logistics and Midway Development Company, as well as the

7    associate bank accounts.

8    Q.   There was reference in USA 31C to Jason Myers?

9    A.   Jason Myers was the alias of my partner at that time,

10   Special Agent Kenneth J. Hurst.

11   Q.   Was there also phone contact between Rob and Sittenfeld

12   on September 25th and 26th, 2019?

13   A.   Yes, there was.

14   Q.   All right.  If you could turn in your binder to what's

15   been marked for identification as Government Exhibit USA 31F.

16   A.   Yes.

17   Q.   Do you recognize this?

18   A.   I do.

19   Q.   What is it?

20   A.   This is a recorded call from Mr. Sittenfeld to Rob.

21   Excuse me.  Yes, that's correct.

22   Q.   How do you know that?

23   A.   I've reviewed this, and I have placed my initials on the

24   disk.

25            MS. GAFFNEY PAINTER:  The government moves for the

1     admission of Government Exhibit USA 31F.

2          MR. C. HENRY RITTGERS:  No objection.

3          THE COURT:  USA 31F is admitted without objection.

4     Q.  Now, if you could, Special Agent Holbrook, please turn to

5     USA 31G.

6     A.  Yes.

7     Q.  Do you recognize this?

8     A.  I do.

9     Q.  What is it?

10    A.  It is the transcript of the call from Mr. Sittenfeld to

11    Rob on September 25, 2019.

12    Q.  Have you reviewed it for accuracy?

13    A.  Yes.

14         MS. GAFFNEY PAINTER:  Government moves for the

15    admission of Government Exhibit USA 31G.

16         MR. C. HENRY RITTGERS:  No objection.

17         THE COURT:  USA Exhibit 31G is admitted without

18    objection.

19    Q.  Special Agent Holbrook, if you could turn to the tab

20    marked USA 31H.

21    A.  Yes.

22    Q.  Do you recognize this?

23    A.  I do.

24    Q.  What is it?

25    A.  This is a recorded telephone call between Mr. Sittenfeld

1 and Rob that occurred on September 26, 2019.

2 Q. How do you know that?

3 A. I've reviewed this disk, and I've placed my initials on

4 it.

5   MS. GAFFNEY PAINTER:  Your Honor, the government

6 moves for the admission of Government Exhibit USA 31H.

7   MR. C. HENRY RITTGERS:  No objection.

8   THE COURT:  USA 31H is admitted without objection.

9 Q. Special Agent Holbrook, if you could turn to the next

10 tab, 31I, and look at what is identified there.

11 A. Yes.

12 Q. Do you recognize this?

13 A. I do.

14 Q. What is it?

15 A. This is a transcript of the recording between

16 Mr. Sittenfeld and Rob on September 26, 2019.

17 Q. Have you reviewed it for accuracy?

18 A. Yes, I have.

19   MS. GAFFNEY PAINTER:  Your Honor, the government

20 moves for the admission of Government Exhibit USA 31I.

21   MR. C. HENRY RITTGERS:  No objection.

22   THE COURT:  USA 31I is admitted without objection.

23   MS. GAFFNEY PAINTER:  Your Honor, the government

24 would request the opportunity to publish USA 31F and USA 31H,

25 the recordings, and allow the jury to review the transcripts

1    that have been admitted as USA 31G and USA 31I.

2            THE COURT:  Very good.  So ladies and gentlemen of

3    the jury, you should have a tab labeled 31G, and then another

4    one labeled 31I, and the government is going to play the

5    accompanying audio for both of those.

6        (Audio played.)

7    Q.  Special Agent Holbrook, if you could turn to the tab in

8    your binder marked USA 31J.

9    A.  Yes.

10   Q.  Do you recognize this?

11   A.  I do.

12   Q.  What is it?

13   A.  This is a series of text message exchanges between

14   Mr. Sittenfeld and Rob.

15   Q.  Is it an accurate depiction of the underlying line

16   sheets?

17   A.  Yes, it is.

18           MS. GAFFNEY PAINTER:  The government moves for the

19   admission of Government Exhibit USA 31J.

20           MR. C. HENRY RITTGERS:  No objection, Your Honor.

21           THE COURT:  USA 31J is admitted without objection.

22           MS. GAFFNEY PAINTER:  Your Honor, may we publish this

23   exhibit?

24           THE COURT:  You may.

25   Q.  Special Agent Holbrook, will you please read the texts

1    that are displayed here?

2    A.   Yes.  On September 29, 2019, Sittenfeld texts:  "For

3    dates to meet with the guy I mentioned, October 7th doable?

4    Or sometime week of October 14?"

5         September 30 of 2019, Rob texts:  "I am trying to

6    reschedule some things the week of the 14th."

7         Sittenfeld likes Rob's text.  Sittenfeld texts:  "Great.

8    Just let me know."

9    Q.   Is there a second page to this exhibit?

10   A.   It's not displayed, so I didn't know if I was reading

11   them.

12   Q.   All right.

13        MS. GAFFNEY PAINTER:  Thank you, Ms. Terry.

14   A.   Proceed?

15   Q.   Yes, please.

16   A.   October 3, 2019, Sittenfeld texts:  "Once you know if you

17   can make it in the week of October 14th, I'll get you and Dan

18   together.  Preferable on my end if it's not the day of

19   October 15th."

20        October 4th, 2019, Rob texts:  "I am trying to move this

21   other meeting.  I will let you know as soon as they confirm."

22        Same day, Sittenfeld likes Rob's text.

23        October 9, 2019, Sittenfeld texts:  "Let me know if you

24   could come into town and for dinner next Wednesday,

25   October 16th."

1          October 11, 2019, Sittenfeld texts: "16th doable?  If

2     not, no worries.  Trying to simultaneously pin down your and

3     Dan's schedules to move forward."

4          Rob texts: "Sorry, I was -- I thought I was going to be

5     able to move things around, but I couldn't.  I won't be able

6     to get there next week."

7          Sittenfeld texts:  "Understood.  You still want to try

8     another time, or even by phone with Dan?"

9     Q.  Special Agent Holbrook, will you turn to the tab marked

10    USA 31K.

11    A.  Yes.

12    Q.  Do you recognize this?

13    A.  I do.

14    Q.  What is it?

15    A.  It is an October 24, 2019 telephone call between Rob and

16    Mr. Sittenfeld.

17    Q.  How do you know that?

18    A.  I've reviewed this disk and placed my initials on it.

19          MS. GAFFNEY PAINTER:  The government moves for

20    admission of Government Exhibit USA 31K.

21          MR. C. HENRY RITTGERS:  No objection.

22          THE COURT:  USA 31K is admitted without objection.

23    Q.  Special Agent Holbrook, if you could turn to the next tab

24    in the binder, 31L.

25    A.  Yes.

1  Q.  Do you recognize this?

2  A.  I do.

3  Q.  What is it?

4  A.  This is a transcript of the October 24, 2019 call between

5  Rob and Mr. Sittenfeld.

6  Q.  Have you reviewed it for accuracy?

7  A.  Yes, I have.

8      MS. GAFFNEY PAINTER:  The government moves for the

9  admission of Government Exhibit USA 31L.

10      MR. C. HENRY RITTGERS:  No objection.

11      THE COURT:  USA 31L is admitted without objection.

12      MS. GAFFNEY PAINTER:  Your Honor, may we publish to

13  the jury, but before doing so note for the record the

14  timestamps of this exhibit?

15      THE COURT:  You may do so.

16      MS. GAFFNEY PAINTER:  So the timestamps will be the

17  beginning of the file to 4:45.  And then the next timestamp is

18  4:52 until the end.

19      THE COURT:  Very good.  Ladies and gentlemen of the

20  jury, you should have a 31L in your transcript book.

21      (Audio played.)

22  Q.  Special Agent Holbrook, will you please turn in your

23  binder to the tab marked USA 31M.

24  A.  Yes.

25  Q.  Do you recognize this?

1    A.   I do.

2    Q.   What is it?

3    A.   It is a series of text message exchanges between

4    Mr. Sittenfeld and Rob.

5    Q.   Is it an accurate depiction of the underlying line sheets

6    that were previously admitted?

7    A.   Yes, it is.

8         MS. GAFFNEY PAINTER:  The government moves for the

9    admission of Government Exhibit USA 31M.

10        MR. C. HENRY RITTGERS:  No objection, Your Honor.

11        THE COURT:  USA 31M is admitted without objection.

12        MS. GAFFNEY PAINTER:  May we publish to the jury,

13   Your Honor?

14        THE COURT:  You may.

15   Q.   Special Agent Holbrook, will you please read the text

16   message exchange that is displayed?

17   A.   Yes.  October 25, 2019, Sittenfeld texts:  "Any word on

18   coming in next week?"

19        October 27, 2019, Sittenfeld texts:  "Gonna make it into

20   town this week?"

21        Rob texts:  "Yes.  Tuesday."

22        Sittenfeld texts:  "Want to plan on a late-ish dinner,

23   7:45?"

24        Rob texts:  "Sounds good.  I think Brian is going to

25   drive up."

1          Sittenfeld likes Rob's text.

2     Q.   Special Agent Holbrook, we've gone through phone calls

3     and text messages from September 25th through

4     October 27, 2019.

5          If you could turn in your binder to what's marked for

6     identification as USA 31A.

7               THE COURT:  You mean 32A or 31A?

8               MS. GAFFNEY PAINTER:  31A.

9               THE COURT:  Oh, okay.

10    A.   Yes.

11    Q.   Do you recognize this?

12    A.   I do.

13    Q.   What is this?

14    A.   This is a timeline of communications between

15    Mr. Sittenfeld and Rob.

16    Q.   Did you review this for accuracy?

17    A.   Yes, I have.

18    Q.   Now, does it list all of of the communications that

19    occurred between Sittenfeld and Rob during this time period?

20    A.   It does not.

21    Q.   What are some examples of communications that are not

22    included in USA 31A?

23    A.   Hang-ups, duplicate sessions, disconnects.

24              MS. GAFFNEY PAINTER:  The government moves for the

25    admission of Government Exhibit USA 31A.

1          MR. C. HENRY RITTGERS:  No objection, Your Honor.

2          THE COURT:  USA 31A is admitted without objection.

3          MS. GAFFNEY PAINTER:  May we publish for the jury,

4   Your Honor?

5          THE COURT:  You may.

6   Q.   Special Agent Holbrook, if you could turn in your binder

7   to the tab marked USA 11B.

8   A.   Yes.

9   Q.   Do you recognize this?

10  A.   Yes.

11  Q.   What is it?

12  A.   This is a chronology of communications between UC Rob,

13  Sittenfeld, Vinny, and Laura Brunner.

14  Q.   Between what dates?

15  A.   From October 28, 2019, to December 23, 2019.

16  Q.   Have you reviewed this for accuracy?

17  A.   Yes, I have.

18         MS. GAFFNEY PAINTER:  The government moves for the

19  admission of Government Exhibit USA 11B.

20         MR. C. HENRY RITTGERS:  No objection, Your Honor.

21         THE COURT:  USA 11B is admitted without objection.

22  Q.   Now, does the exhibit that appears at USA 11B contain

23  every communication between these dates?

24  A.   It does not.

25  Q.   What are some examples of communications that are not

43

HOLBROOK – CONTINUED DIRECT

1    included in this exhibit?

2    A.   Examples of what I've previously testified to;

3    duplicative sessions, hang-ups, dropped calls, things of that

4    nature.

5    Q.   Let's go to October 28th and 29th, 2019.

6         If you could turn to what's been identified in your

7    binder as USA 32A.

8    A.   Okay.

9    Q.   Do you recognize this?

10   A.   Yes, I do.

11   Q.   What is it?

12   A.   This is a series of text message exchanges between

13   Mr. Sittenfeld and Rob.

14   Q.   Have you reviewed it for accuracy against the previously

15   admitted line sheets?

16   A.   Yes, I have.

17        MS. GAFFNEY PAINTER:  The government moves for the

18   admission of Government Exhibit USA 32A.

19        MR. C. HENRY RITTGERS:  No objection, Your Honor.

20        THE COURT:  USA 32A is admitted without objection.

21        MS. GAFFNEY PAINTER:  Your Honor, may we publish just

22   the first page of this exhibit to the jury at this point?

23        THE COURT:  You may.

24   Q.   Special Agent Holbrook, will you please read for the jury

25   what appears here on the first page of USA 32A?

1    A.   Yes.  October 28, 2019, Sittenfeld texts:  "Is there a

2    good number to reach Vinny on?  Have a quick update for him."

3         Rob texts:  "401-283-8585."

4         Rob texts again:  "I called him.  He was going into a

5    meeting but said he would be available between 6:00 and 8:00."

6         Sittenfeld texts:  "I'll be free to ring him at 7:30 p.m.

7    Thx."

8    Q.   Let's step away from that for a moment.  Did Sittenfeld,

9    in fact, call Vinny?

10   A.   Yes.

11   Q.   Was that call recorded?

12   A.   Yes.

13   Q.   I'm showing you, when you turn in your binder to

14   Exhibit USA 32B, what's been marked for identification as

15   USA 32B.

16   A.   Yes.

17   Q.   Do you recognize this?

18   A.   I do.

19   Q.   What is it?

20   A.   This is an October 28, 2019 recording of a voicemail from

21   Mr. Sittenfeld to Vinny.

22   Q.   How do you know that?

23   A.   I've reviewed this disk, and I placed my initials on it.

24        MS. GAFFNEY PAINTER:  The government moves for the

25   admission of Government Exhibit USA 32B.

1          MR. C. HENRY RITTGERS:  No objection, Your Honor.

2          THE COURT:  USA 32B is admitted without objection.

3    Q.   If you could, Special Agent Holbrook, turn to the next

4    tab in your binder, and that is USA 32C.

5    A.   Yes.

6    Q.   Do you recognize this?

7    A.   I do.

8    Q.   What is it?

9    A.   This is a transcript of the voice message to Vinny from

10   Mr. Sittenfeld on October 28, 2019.

11   Q.   Have you reviewed it for accuracy?

12   A.   Yes.

13         MS. GAFFNEY PAINTER:  The government moves for the

14   admission of Government Exhibit USA 32C.

15         MR. C. HENRY RITTGERS:  No objection.

16         THE COURT:  USA 32C is admitted without objection.

17         MS. GAFFNEY PAINTER:  Your Honor, may we publish this

18   exhibit to the jury and allow them to review the transcript?

19         THE COURT:  You may.  Ladies and gentlemen of the

20   jury, the transcript's at 32C.

21         (Audio played.)

22   Q.   On October 29, the next day, was there a call between

23   Vinny and Sittenfeld?

24   A.   Yes.  Mr. Sittenfeld called Vinny.

25   Q.   Was that call recorded?

1    A.   Yes, it was.

2    Q.   All right.  If you could turn in your binder to the tab

3    marked USA 32D.

4    A.   Yes.

5    Q.   Do you recognize this?

6    A.   Yes.  This is the October 29th -- this is a disk

7    containing the October 29, 2019 call.  I've reviewed this

8    disk, and I've placed my initials on it.

9         MS. GAFFNEY PAINTER:  Your Honor, the government

10   moves for the admission of Government Exhibit USA 32D.

11        MR. C. HENRY RITTGERS:  No objection, Your Honor.

12        THE COURT:  USA 32D is admitted without objection.

13   Q.   Now, Special Agent Holbrook, could you please turn to the

14   tab marked USA 32E.

15   A.   Yes.

16   Q.   Do you recognize this?

17   A.   I do.

18   Q.   What is it?

19   A.   This is a transcript of an October 29, 2019 call between

20   Vinny and Mr. Sittenfeld.

21   Q.   Have you reviewed it for accuracy?

22   A.   Yes, I have.

23        MS. GAFFNEY PAINTER:  Your Honor, the government

24   moves for the admission of Government Exhibit USA 32E.

25        MR. C. HENRY RITTGERS:  No objection.

1        THE COURT:  USA 32E is admitted without objection.

2        MS. GAFFNEY PAINTER:  Your Honor, may we publish

3    these exhibits to the jury?

4        THE COURT:  You may.  Ladies and gentlemen of the

5    jury, there should be a transcript tab marked 32E.

6        (Audio played.)

7    Q.  Special Agent Holbrook, on that call, there was a

8    reference to meeting up with Rob and Brian.  Did that meeting

9    happen?

10   A.  Yes, it did.

11       MS. GAFFNEY PAINTER:  All right.  If we could pull

12   back up USA 32A, which has been previously admitted into

13   evidence but, instead, this time publish page 2, if the Court

14   allows it?

15       THE COURT:  You may.

16   Q.  Special Agent Holbrook, will you please read the text

17   exchange that's displayed here?

18   A.  Yes.  October 29, 2019:  "What location for tonight?" was

19   the text by Mr. Sittenfeld.

20       Rob texts:  "Just come to the apartment whenever, and we

21   will do Sotto's or Ruby's."

22       Sittenfeld texts:  "Great.  Will be there between 7:30

23   and 7:45."

24       Rob texts:  "Vinny said he missed your call, but he is

25   available after 2:00 today."

1      Sittenfeld texts:  "Just got to lobby."

2      Rob texts:  "On the way."

3      Sittenfeld texts:  "Take your time."

4   Q.  Where was this meeting held between Sittenfeld, Rob, and

5   Brian?

6   A.  This meeting began at the apartment at the 580 Building.

7   Q.  Was that meeting recorded?

8   A.  Yes.

9   Q.  If you could turn to the tabs in your binder marked

10  USA 33A and USA 33C.

11  A.  Yes.

12  Q.  Do you recognize these?

13  A.  I do.

14  Q.  What are they?

15  A.  33A is a disk that contains a video recording inside the

16  apartment of the 580 Building on October 29, 2019.

17  Q.  And what is 33C?

18  A.  33C is also a recording of a continuation of the

19  October 29, 2019 meeting after they left the apartment at the

20  580 Building.

21  Q.  How do you know that?

22  A.  I have reviewed both of these exhibits, the disk, and I

23  have placed my initials on them.

24      MS. GAFFNEY PAINTER:  Your Honor, the government

25  moves for the admission of Government Exhibits USA 33A and

 1    USA 33C.

 2            THE COURT:  Any objection, Mr. Rittgers?

 3            MR. C. HENRY RITTGERS:  No.  I'm sorry, Your Honor.

 4    No objection.

 5            THE COURT:  USA 33A is admitted without objection,

 6    and USA 33C is admitted without objection.

 7    Q.   If you could, Special Agent Holbrook, turn to tab

 8    USA 33B.  And then when you are finished reviewing that,

 9    please turn to USA 33D.

10    A.   Yes.

11    Q.   Do you recognize these?

12    A.   I do.

13    Q.   What are they?

14    A.   33B is a transcript of the video recording that occurred

15    inside the apartment at the 580 Building.  And Exhibit 33D is

16    a transcript of an audio recording after they left the

17    apartment and went to a local restaurant.

18    Q.   Have you reviewed both of these for accuracy?

19    A.   Yes, I have.

20            MS. GAFFNEY PAINTER:  Your Honor, the government

21    moves for the admission of Government Exhibit USA 33B and

22    USA 33D.

23            MR. C. HENRY RITTGERS:  No objection, Your Honor.

24            THE COURT:  USA 33B is admitted, and USA 33D is

25    admitted, both without objection.

1          MS. GAFFNEY PAINTER:  Your Honor, in recognition of

2    the time, I believe that, perhaps, publishing these exhibits

3    after lunch may be the most efficient way to proceed.

4          THE COURT:  You want to play them all together?

5          MS. GAFFNEY PAINTER:  Yes.

6          THE COURT:  Which makes sense.

7          MS. GAFFNEY PAINTER:  Yes.

8          THE COURT:  Okay.  So ladies and gentlemen of the

9    jury, I actually have a hearing in another matter that's

10   coming up shortly, so we're going to need to take a break for

11   lunch now.

12        And I think it's unlikely that we'd be able to resume

13   before 1:30, so if you can reassemble in the jury room shortly

14   after 1:15, around 1:20, and we'll try to get you back down

15   here by 1:30.

16        I would just remind you, I know you're breaking for

17   lunch, and I know you're probably sick of hearing this

18   admonition, but please do not discuss this case with each

19   other.

20        Please don't do any research on the internet or any other

21   way with regard to the facts or claims at issue here.  Please

22   do not communicate with anyone outside the jury about the case

23   either, and if anyone attempts to communicate with you about

24   the case, please let me know.

25        With that, have a good lunch.

1          (Jury out at 12:11 p.m.)

2          THE COURT:  Thank you for being mindful of the time,

3     Ms. Gaffney Painter.  I appreciate that.

4          Is there anything we need to discuss before we break for

5     lunch?

6          MR. SINGER:  No, Your Honor.

7          MR. C. HENRY RITTGERS:  No, Your Honor.

8          THE COURT:  Very good.  We'll take a brief recess for

9     lunch.  As you heard, I have a plea hearing that starts at

10    12:30, so I imagine it's going to be, at the earliest, 1:15 or

11    1:20 before I can be back here, so just try to be here a

12    little before 1:30.

13         MS. GAFFNEY PAINTER:  Your Honor, for the convenience

14    of the parties for the plea, should we remove the --

15         THE COURT:  We're not doing the plea here.

16         MS. GAFFNEY PAINTER:  Oh, great.  Thank you.

17         (Lunch recess.)

18         THE COURT:  Is counsel ready to proceed?

19         MR.  SINGER:  Yes, Your Honor.

20         MR. C. HENRY RITTGERS:  Yes, Your Honor.

21         THE COURT:  All right.  Let's bring in the jury.

22    My proceeding ran a little long.  I apologize.

23         (Jury in at 1:38 p.m.)

24         THE COURT:  Ms. Gaffney Painter, are you ready to

25    proceed?

1           MS. GAFFNEY PAINTER:  Yes.  Thank you, Your Honor.

2       Your Honor, before the lunch break, the government had

3   moved into evidence Government Exhibits USA 33A and USA 33C,

4   and had also admitted the corresponding transcripts,

5   Government Exhibit USA 33B and Government Exhibit USA 33D.

6       The government seeks permission to publish these exhibits

7   and would like to note on the record the timestamps that we

8   will be publishing.

9           THE COURT:  You may do so.

10          MS. GAFFNEY PAINTER:  For Government Exhibit USA 33A,

11  the timestamps are for file 1D158-1, starting at 8:12 to 9:33.

12      In that same first session, we are then playing 36:53 to

13  the end of session one.

14      We will then play the beginning of session two to 2:20.

15      For Government Exhibit USA 33D, the government will be

16  publishing 1D161-1, that's session one, at 54:24 to 55:43.

17      The government will then publish 1:03:10 to 1:07:55.

18      And the government will finally publish 1:11:40 to

19  1:12:55.

20      And, Your Honor, before we publish, may I have

21  permission, since this is a longer clip, to sit during the

22  publication?

23          THE COURT:  You may.

24          MS. GAFFNEY PAINTER:  Thank you.

25          THE COURT:  Ladies and gentlemen of the jury, they're

1    now going to play, it should be 33B and 33D would be the

2    accompanying transcripts, and they are side by each in your

3    volume of transcripts there.

4        (Video played.)

5        MS. GAFFNEY PAINTER:  Your Honor, may I approach the

6    podium and continue the examination?

7        THE COURT:  You may.

8    BY MS. GAFFNEY PAINTER:

9    Q.  Special Agent Holbrook, there was a reference to checks

10   during that meeting back in the 580 Building.  Will you please

11   turn in your exhibit binder to the tab marked USA 33E.

12       Do you recognize this?

13   A.  I do.

14   Q.  What is?

15   A.  It is one of the checks that was given to Mr. Sittenfeld

16   on October 29, 2019.

17   Q.  And what about the other pages of the exhibit?

18   A.  There's the back of the first check, and then there's a

19   second check that was also provided to Mr. Sittenfeld on

20   October of 2019.  And then there's a deposit ticket for the

21   checks.

22       MS. GAFFNEY PAINTER:  Your Honor, previously,

23   pursuant to a stip, the parties agreed to admission of the

24   Fifth Third records, which were then admitted at USA 41A and

25   USA 41B.

1        The exhibit here, USA 33E, is a subsection of those

2    records that have previously been admitted.

3        The government moves for the admission of USA 33E.

4        THE COURT:  Has the witness described the total of

5    it, or did you only want the first few pages?  I'm not clear

6    what's going on right now.

7        MS. GAFFNEY PAINTER:  I just wanted him to

8    acknowledge what the exhibit is and that he has reviewed it.

9        And then these records have come from a subset of records

10   that have already been admitted.

11       THE COURT:  I see.

12       MS. GAFFNEY PAINTER:  And so now I'm moving for the

13   admission of this subset of records, which is USA 33E.

14       THE COURT:  Okay.  So so far, he's identified two

15   checks and a deposit statement.  I'm just -- there appear to

16   be more parts to this.

17       MS. GAFFNEY PAINTER:  Yes.  I can have him walk

18   through the remainder of the pages, if that would be helpful?

19       THE COURT:  That's all right.  If there's no

20   objection -- any objection to the admission?

21       MR. C. MATTHEW RITTGERS:  No, Your Honor.

22       THE COURT:  All right.  USA 33E is admitted without

23   objection.

24       MS. GAFFNEY PAINTER:  May we publish this exhibit for

25   the jury?

1          THE COURT:  You may.

2    Q.   All right.  Special Agent Holbrook, looking at this

3    exhibit here of USA 33E, what appears in the top left-hand

4    corner here?

5    A.   It's the name of an LLC, IN2IT Global Corporation, with

6    an address.

7    Q.   What is IN2IT Global Corporation, LLC?

8    A.   This is a limited liability corporation that is

9    controlled by a confidential unit source.

10   Q.   And who is it made out to?

11   A.   The Progress and Growth.

12   Q.   And what is the amount of this check?

13   A.   It's $5,000.

14   Q.   All right.  Could we please go to the third page of this

15   exhibit.

16        What appears at the top left-hand corner of this page?

17   A.   An LLC named Four Kross USA, LLC.

18   Q.   And what is Four Kross USA, LLC?

19   A.   This is an LLC that is controlled by a confidential unit

20   source.

21   Q.   What is the amount of this check?

22   A.   The amount is 5,000.

23   Q.   And who is the check made out to?

24   A.   Progress and Growth.

25        MS. GAFFNEY PAINTER:  Now, Ms. Terry, will you please

1    publish the subsequent pages of this exhibit.

2    Q.   Special Agent Holbrook, the pages that follow, those

3    records that appear there, what do these records show?

4    A.   Could you be more specific?

5    Q.   Certainly.  The records that follow the two copies of the

6    checks, what action does it indicate has happened to the

7    checks that we've previously looked at?

8    A.   The checks were deposited into the account of Progress

9    and Growth.

10   Q.   Special Agent Holbrook, will you turn to what's been

11   marked for identification as USA 34A.

12   A.   Yes.

13   Q.   Do you recognize this?

14   A.   Yes.

15   Q.   What is this?

16   A.   This is a recording on November 14th of 2019 of a

17   voicemail left by Mr. Sittenfeld.

18   Q.   How do you know that?

19   A.   I have reviewed this disk, and I've placed my initials on

20   it.

21        MS. GAFFNEY PAINTER:  The government moves for the

22   admission of Government Exhibit USA 34A.

23        THE COURT:  Mr. Rittgers?

24        MR. C. HENRY RITTGERS:  I'm sorry.  No objection.

25        THE COURT:  USA 34A is admitted without objection.

1    Q.   Now, Special Agent Holbrook, if you'll turn to tab

2    USA 34B.  Do you recognize this?

3    A.   Yes.

4    Q.   What is it?

5    A.   This is a transcript related to the November 14, 2019

6    voice message.

7    Q.   Have you reviewed it for accuracy?

8    A.   I have.

9         MS. GAFFNEY PAINTER:  The government moves for the

10   admission of Government Exhibit USA 34B.

11        MR. C. HENRY RITTGERS:  No objection, Your Honor.

12        THE COURT:  USA 34B is admitted without objection

13   Q.   Special Agent Holbrook, if you could, turn to the tab in

14   your binder to USA 34C.

15   A.   Yes.

16   Q.   Do you recognize this?

17   A.   This is a November 14, 2019 call between Mr. Sittenfeld

18   and Rob.

19   Q.   How do you know that?

20   A.   I had reviewed the disk, and I placed my initials on it.

21        MS. GAFFNEY PAINTER:  The government moves for

22   admission of Government Exhibit USA 34C.

23        MR. C. HENRY RITTGERS:  No objection, Your Honor.

24        THE COURT:  USA 34C is admitted without objection.

25   Q.   Special Agent Holbrook, will you please turn to the tab

1    marked USA 34D.

2    A.    Yes.

3    Q.    Do you recognize this?

4    A.    I do.

5    Q.    What is it?

6    A.    This is a transcript of the November 14, 2019 call

7    between Mr. Sittenfeld and Rob.

8    Q.    Have you reviewed it for accuracy?

9    A.    I have.

10         MS. GAFFNEY PAINTER:  The government moves for the

11   admission of Government Exhibit USA 34D.

12         MR. C. HENRY RITTGERS:  No objection, Your Honor.

13         THE COURT:  USA 34D is admitted without objection.

14         MS. GAFFNEY PAINTER:  Your Honor, the government

15   seeks permission to publish Government Exhibit USA 34A first,

16   and then Government Exhibit USA 34C next.

17         THE COURT:  Very good.  Ladies and gentlemen of the

18   jury, you're now going to hear two audio clips.  The

19   transcription for the first one appears at 34B in your binder.

20         And the transcription for the second one appears at the

21   tab labeled 34D in your binder, which would be right after

22   34B.

23         (Audio played.)

24   Q.    Special Agent Holbrook, the next day, November 15, 2019,

25   was there phone contact between Sittenfeld and Vinny?

1    A.   Did you say November 15, 2019?

2    Q.   November 15, 2019.

3    A.   Yes.

4    Q.   If you could, please, turn to the tab of your binder

5    that's marked USA 35A.

6    A.   Yes.

7    Q.   Do you recognize this?

8    A.   I do.

9    Q.   What is it?

10   A.   It is a November 15, 2019 voicemail left by

11   Mr. Sittenfeld for Vinny.

12   Q.   How do you know that?

13   A.   I reviewed this disk, and I placed my initials on it.

14        MS. GAFFNEY PAINTER:   Your Honor, the government

15   moves for the admission of Government Exhibit USA 35A.

16        MR. C. HENRY RITTGERS:   No objection.

17        THE COURT:   USA 35A is admitted without objection.

18   Q.   Special Agent Holbrook, if you can turn to the next tab,

19   USA 35B.

20   A.   Yes.

21   Q.   Do you recognize what appears there?

22   A.   I do.

23   Q.   What is it?

24   A.   This is a transcript of the November 15, 2019 voice

25   message left for Vinny by Mr. Sittenfeld.

1    Q.   Have you reviewed this for accuracy?

2    A.   I have.

3         MS. GAFFNEY PAINTER:   The government moves for the

4    admission of Government Exhibit USA 35B.

5         MR. C. HENRY RITTGERS:   No objection.

6         THE COURT:   USA 35B is admitted without objection.

7    Q.   Special Agent Holbrook, if you could turn to the tab

8    marked USA 35C.

9    A.   Yes.

10   Q.   Do you recognize this?

11   A.   Yes.   This is a November 15, 2019 call between

12   Mr. Sittenfeld and Vinny.

13   Q.   How do you know that?

14   A.   I have reviewed this disk, and I have placed my initials

15   on it.

16        MS. GAFFNEY PAINTER:   The government moves for the

17   admission of Government Exhibit USA 35C.

18        MR. C. HENRY RITTGERS:   No objection.

19        THE COURT:   USA 35C is admitted without objection.

20   Q.   Special Agent Holbrook, if you could turn to the next

21   tab, USA 35D?

22   A.   Yes.

23   Q.   What appears there?

24   A.   This is the transcript of the November 15, 2019 call

25   between Mr. Sittenfeld and Vinny.

1     Q.   How do you know that?

2     A.   I have reviewed this transcript.

3        MS. GAFFNEY PAINTER:  The government moves for the

4    admission of Government Exhibit USA 35D.

5        MR. C. HENRY RITTGERS:  No objection.

6        THE COURT:  USA 35D is admitted without objection.

7        MS. GAFFNEY PAINTER:  Your Honor, the government

8    seeks permission from the Court to publish both of the

9    recordings that were just admitted, that is USA 35A and

10    USA 35C.

11        THE COURT:  You may do so.  Ladies and gentlemen of

12    the jury, you should have a tab in your transcript book that

13    is labeled USA 35B, followed by USA 35D, which should be the

14    transcripts that correspond to the audio you're about to hear.

15     Of course, to the extent there's any discrepancy, it's

16    the audio that governs.  You may play it.

17     (Audio played.)

18    Q.  Special Agent Holbrook, directing your attention to

19    November 27, 2019, was there phone contact between Sittenfeld

20    and Vinny on that day?

21    A.   Yes, there was.

22    Q.   If you could turn in your binder to the tab marked

23    USA 36A.

24    A.   Yes.

25    Q.   Do you recognize this?

1    A.   Yes.

2    Q.   What is it?

3    A.   This is a disk containing the November 27, 2019 call

4    between Vinny and Mr. Sittenfeld.

5    Q.   How do you know that?

6    A.   I've reviewed this disk, and I've placed my initials on

7    it.

8         MS. GAFFNEY PAINTER:  The government moves for the

9    admission of Government Exhibit USA 36A.

10        MR. C. HENRY RITTGERS:  No objection, Your Honor.

11        THE COURT:  USA 36A is admitted without objection.

12   Q.   Special Agent Holbrook, if you would, please, turn to the

13   tab marked USA 36B.

14   A.   Yes.

15   Q.   Do you recognize this?

16   A.   Yes.

17   Q.   What is it?

18   A.   This is a transcript of the November 27, 2019 call

19   between Mr. Sittenfeld and Vinny.

20   Q.   Have you reviewed it for accuracy?

21   A.   I have.

22        MS. GAFFNEY PAINTER:  The government moves for the

23   admission of Government Exhibit USA 36B.

24        MR. C. HENRY RITTGERS:  No objection.

25        THE COURT:  USA 36B is admitted without objection.

1          MS. GAFFNEY PAINTER:  Your Honor, may we publish this

2    exhibit to the jury?

3          THE COURT:  You may.  Ladies and gentlemen of the

4    jury, there should be a tab marked 36B in your transcript

5    book.

6      (Audio played.)

7    Q.  Special Agent Holbrook, directing your attention to

8    December 9, 2019, was there phone contact between Sittenfeld

9    and Vinny that day?

10   A.  Yes, there was.  Vinny called Mr. Sittenfeld that day.

11   Q.  If you could turn in your binder to the tab marked

12   USA 37A.

13   A.  Yes.

14   Q.  Do you recognize this?

15   A.  I do.

16   Q.  What is it?

17   A.  It is the December 9, 2019 call from Vinny to Sittenfeld.

18   Q.  How do you know that?

19   A.  I have reviewed this disk, and I've placed my initials on

20   it.

21          MS. GAFFNEY PAINTER:  The government moves for the

22   admission of Government Exhibit USA 37A.

23          MR. C. HENRY RITTGERS:  No objection.

24          THE COURT:  USA Exhibit 37A is admitted without

25   objection.

1    Q.   Now, Special Agent Holbrook, if you could turn to the tab

2    marked USA Exhibit 37B.

3    A.   Yes.

4    Q.   Do you recognize this?

5    A.   Yes.

6    Q.   What is it?

7    A.   This is a transcript to the November 9, 2019 call between

8    Sittenfeld and Vinny.

9    Q.   Did you review it for accuracy?

10   A.   I did.

11        MS. GAFFNEY PAINTER:   The government moves for the

12   admission of Government Exhibit USA 37B.

13        MR. C. HENRY RITTGERS:   No objection.

14        THE COURT:   USA 37B is admitted without objection.

15        MS. GAFFNEY PAINTER:   Your Honor, permission to

16   publish to the jury?

17        THE COURT:   You may.   Ladies and gentlemen of the

18   jury, there should be a tab in your transcript volume that

19   says USA Exhibit 37B, to which you can turn now.

20        (Audio played.)

21   Q.   Special Agent Holbrook, was there phone contact between

22   Sittenfeld and Vinny on December 11, 2019?

23   A.   Yes, there was.   Mr. Sittenfeld called Vinny on that

24   date.

25   Q.   Could you please turn to the tab in your binder marked

1    USA 38A.

2    A.   Yes.

3    Q.   Do you recognize this?

4    A.   Yes.

5    Q.   What is it?

6    A.   This is a disk containing the December 11, 2019 call

7    between Sittenfeld and Vinny.

8    Q.   How do you know that?

9    A.   I reviewed the disk, and I placed my initials on it.

10          MS. GAFFNEY PAINTER:  The government moves for the

11   admission of Government Exhibit USA 38A.

12          MR. C. MATTHEW RITTGERS:  No objection, Your Honor.

13          THE COURT:  USA 38A is admitted without objection.

14   Q.   The next tab, Special Agent Holbrook, is USA 38B.  Do you

15   recognize what appears behind that tab?

16   A.   Yes.

17   Q.   What is it?

18   A.   This is a transcript of the December 11, 2019 telephone

19   call between Mr. Sittenfeld and Vinny.

20   Q.   Did you review it for accuracy?

21   A.   I have.

22          MS. GAFFNEY PAINTER:  The government moves for the

23   admission of Government Exhibit USA 38B.

24          MR. C. HENRY RITTGERS:  No objection, Your Honor.

25          THE COURT:  USA 38B is admitted without objection.

```
 1              MS. GAFFNEY PAINTER:  Your Honor, may we publish this

 2    exhibit to the jury?

 3              THE COURT:  You may.  Ladies and gentlemen of the

 4    jury, there should be a tab in your book that's labeled 38B,

 5    as in boy.

 6         (Audio played.)

 7    Q.  Special Agent Holbrook, was there phone contact between

 8    Vinny and Sittenfeld on December 23, 2019?

 9    A.  Yes, there was.

10    Q.  Was it recorded?

11    A.  Yes.

12    Q.  If you could turn in your binder to the tab marked

13    USA 39A.

14    A.  Yes.

15    Q.  Do you recognize this?

16    A.  I do.

17    Q.  What is it?

18    A.  This is a disk containing the December 23, 2019 call

19    between Mr. Sittenfeld and Vinny.

20    Q.  How do you know that?

21    A.  I reviewed this disk, and I placed my initials on it.

22              MS. GAFFNEY PAINTER:  The government moves for the

23    admission of Government Exhibit USA 39A.

24              MR. C. HENRY RITTGERS:  No objection, Your Honor.

25              THE COURT:  USA 39A is admitted without objection.
```

1    Q.   If you could, Special Agent Holbrook, turn to the next

2    tab in your binder, which is USA 39B.

3    A.   Yes.

4    Q.   Do you recognize this?

5    A.   I do.

6    Q.   What is it?

7    A.   This is a December 23, 2019 transcript of a telephone

8    call between Mr. Sittenfeld and Vinny.

9    Q.   Have you reviewed it for accuracy?

10   A.   I have.

11        MS. GAFFNEY PAINTER:  The government moves for the

12   admission of Government Exhibit USA 39B.

13        MR. C. HENRY RITTGERS:  No objection, Your Honor.

14        THE COURT:  USA 39B is admitted without objection.

15        MS. GAFFNEY PAINTER:  Your Honor, may we publish this

16   exhibit for the jury?

17        THE COURT:  You may.  Ladies and gentlemen of the

18   jury, I believe the last tab in your book is USA 39B.

19       (Audio played.)

20        MS. GAFFNEY PAINTER:  Your Honor, the government

21   previously admitted Government Exhibit USA 11B.  I would

22   request permission to publish this exhibit to the jury.

23        THE COURT:  You may do so.

24   Q.   Special Agent Holbrook, directing your attention to the

25   column that appears here on USA 11B marked "time."

1        What appears here in this column?

2   A.   This would be the time of the event in eastern standard

3   time.

4   Q.   Was there any conversion required to get it to eastern

5   standard time?

6   A.   Yes.  It was converted from UTC to eastern standard time.

7   Q.   Did you review these conversions for accuracy?

8   A.   Yes.

9            MS. GAFFNEY PAINTER:  Your Honor, may I have just a

10  moment?

11           THE COURT:  You may.

12           MS. GAFFNEY PAINTER:  No further questions, Your

13  Honor.

14       (Excerpted proceedings adjourned at 2:43 p.m.)

15                        *   *   *

16

17           C E R T I F I C A T E

18                     -  -  -

19      I, M. SUE LOPREATO, RMR, CRR, certify that the foregoing
    is a correct transcript from the record of proceedings in the
20  above-entitled matter.

21

22  /s/ M. Sue Lopreato_____              July 25, 2022____
    M. SUE LOPREATO, RMR, CRR
23  Official Court Reporter

24

25

1                              INDEX

2    GOVERNMENT WITNESSES

3    Continued Direct by Ms. Gaffney Painter.........   Page 2

4

5

6                             EXHIBITS

7    Exhibit                                    Admitted

8    15F                                            3
     15G                                            4
9    26C                                            6
     26D                                            7
10   3C                                             9
     3D                                            10
11   3E                                            10
     3F                                            11
12   28A                                           13
     28B                                           14
13   29A                                           16
     29B                                           16
14   29C                                           18
     29D                                           18
15   29E                                           19
     29F                                           19
16   30A                                           23
     30F                                           23
17   30B                                           24
     30E                                           28
18   31B                                           30
     31C                                           32
19   31D                                           32
     31F                                           34
20   31G                                           34
     31H                                           35
21   31I                                           35
     31J                                           36
22   31K                                           38
     31L                                           39
23   31M                                           40
     31A                                           42

24

25

HOLBROOK - CONTINUED DIRECT

1    Exhibit (cont'd)                          Admitted

2
     11B                                          42
3    32A                                          43
     32B                                          45
4    32C                                          45
     32D                                          46
5    32E                                          47
     33A                                          49
6    33C                                          49
     33B                                          49
7    33D                                          49
     33E                                          54
8    34A                                          56
     34B                                          57
9    34C                                          57
     34D                                          58
10   35A                                          59
     35B                                          60
11   35C                                          60
     35D                                          61
12   36A                                          62
     36B                                          62
13   37A                                          63
     37B                                          64
14   38A                                          65
     38B                                          65
15   39A                                          66
     39B                                          67

16                         -   -   -

17

18

19

20

21

22

23

24

25