







Case: 1:20-cr-00143-DRC Doc #: 227-1 Filed: 07/27/22 Page: 5 of 11 PAGEID #: 4093













