




























4:00
Jun 21 ·
If you do get picked let me know when you're down there and maybe we can meet up for lunch.
2w Like Reply 1
will do for sure
2w Like Reply 1
Write a reply...
I got summoned too. I have to call every day starting next week for 2 weeks.
2w Like Reply
I got summoned to Butler Co and have to start calling this Friday the 24th until July 7th. Yay Me! Fingers crossed I don't get called! However, I served as an alternate in 2008 for a Burglary case. The dumbass guy lost his tailgate to his truck while robbing this old farm house blind. Then he comes back the next day, with a buddy to get his tailgate. By this time the owners knew the house was robbed and police were patrolling. Caught them red-handed!
2w Like Reply
Grand jury is kind of cool if it ends up being that
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

4:00
Jun 21 ·
Oh lawd... this is gonna be good
Like
Comment
Send
4
Uh 🙄 oh jury it is then?
2w Like Reply
not yet.. still waiting to see. But they told us what its about
2w Like Reply
Write a reply...

Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
Jun 21 ·
2w Like Reply
1
Juror kikik
2w Like Reply
Oh no
2w Like Reply
Wow! been there before.
2w Like Reply
16
GIPHY
2w Like Reply
Good luck to you! Hang in there on the long days
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
Jun 21 ·
Good luck, hope it's a quick case for you!
2w Like Reply
4 weeks my friend
2w Like Reply 2
2w Like Reply
Write a reply...
You ready to be running that for a month?!
2w Like Reply 1
Juror kikik
2w Like Reply
Oh no
2w Like Reply
Wow! been there before.
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
Jun 21 ·
Just call me juror for a criminal case!
Like
Comment
Send
29
All comments
Ssshhhhh
2w Like Reply
2w Like Reply
I called it lol
2w Like Reply
1
Can't wait until you can spill some details!
2w Like Reply
irk..it's a big one
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
Jun 22 ·
I'm about to have a whole downtown Cincinnati adventure!!
Have some time to kill!!
#daytwoofjuryduty
Like
Comment
Send
16
I used to love walking the city
2w Like Reply
1
So incredibly proud of you in so many ways! You're just amazing lovey! Hope you have the best adventure!
2w Like Reply
1
thanks. I had a lot of help from a beautiful sole. You
2w Like Reply
Write a reply...

Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
is at Potter Stewart United States Courthouse.
Jun 23 · Cincinnati ·
Like
Comment
Send
10
All comments
Miss your face juror lol
2w Like Reply 2
miss your face!!
2w Like Reply 1
Write a reply...
Have a bless day
2w Like Reply 1
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:59
is at Potter Stewart United States Courthouse.
Jun 23 · Cincinnati ·
Day three!!!
Arts Center
Skywalk
Potter Stewart U.S. Courthouse
John Weld Peck Federal Building
Columbia Plaza
Fifth Third Center
E 5th St
PNC Center
COURTHOUSE · CINCINNATI
Potter Stewart United States Courthouse
has been here
Save
Like
Comment
Send
10
All comments
Miss your face juror lol
2w Like Reply
2
miss your face!!
2w Like Reply
1
Write a reply...
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:58
Jun 23
charges stem from.
A jury has the right and the power to return a not guilty verdict and add in, when reading the verdict, that the jury verdict is based... See more
2w Like Reply 1
I love that you're making the most of this adventure! I can't wait to see all the fun places you go for lunch!
2w Like Reply
I did grand jury last summer for 2 months. It was 1 day a week. So not bad. I liked it.
2w Like Reply
I think it's more about the driving back and forth thing for me.
2w Like Reply
I enjoyed being on a jury duty too.
It was interesting!!
Enjoy your time!!!
1w Like Reply
I can NOT! The different smells and people mess with my mental and that's before the case!
1w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:58
Jun 23 ·
I find it to be oppressivly boring, and I am not interested in spending hours and days listening to some one telling me what do etc.
I've served twice, been called 11 times.
Two were canceled, and one, I ended up in the hospital.
After the second time serving, I was done...
If I have to show up, I let them know that I am a member of the "Fully Informed Jury Association" (FIJA), and I'm immediately excused.
Judges and prosecutors will do and say anything, to avoid the possibility of a jury nullifying a law (Jury Nullification).
Yep, a jury is not only evaluating the case of the accused, it is also evaluating the laws those charges stem from.
A jury has the right and the power to return a not guilty verdict and add in, when reading the verdict, that the jury verdict is based... See more
2w Like Reply 1
I love that you're making the most of this adventure! I can't wait to see all the fun places you go for lunch!
2w Like Reply
I did grand jury last summer for 2 months. It was 1 day a week. So not bad. I liked it.
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:58
Jun 23 ·
I didn't mind it but I wasn't selected...the one I went to in Ohio had to deal with 5/3 bank and I banked there so I couldn't be picked and since I'm a single mom in TN and have no one to watch my son, I got out of it. I'd love to do it one day though
2w Like Reply
I love jury duty! I loved sitting in on a real trial.
2w Like Reply
it's the best. Mind numbing for sure
2w Like Reply 1
Mind numbing... mentally draining.. but in a very cool way lol
2w Like Reply 1
Write a reply...
I hate jury duty. I'm not getting paid basically 6 bucks a day to sit in a musty ass waiting room until I get called. Fuck that. I get out every time. I've been called in 6 times since I was 18.
2w Like Reply 1
Write a comment...
Home
Watch
News
Marketplace
Notifications
Menu

3:58
Jun 23 ·
mines a federal case and those pay a bit more.
2w Like Reply 1
I agree, I would hate to miss the beginning of the school year. That's the most important time of the year.
2w Like Reply
Write a reply...
I always wanted to be on a jury too. After working as a court reporter I thought it would be nice to see how a trial ended. I would bet money you're the foreman. Lol
2w Like Reply 1
I'll let you know. Lol I hope so
2w Like Reply 1
Write a reply...
I didn't mind it but I wasn't selected...the one I went to in Ohio had to deal with 5/3 bank and I banked there so I couldn't be picked and since I'm a single mom in TN and have no one to
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:58
Jun 23 ·
What a great learning experience jury duty has given me. I'm not sure why everyone hates it..I think it's the bees knees. Lol!! However, I am mentally drained!!!
#bedtime
Like
Comment
Send
27
All comments
I think it's more about if you get paid during that time.....I would do it anytime in the summer. I've just get called right at the beginning of the school year when just getting settled
2w Like Reply 2
the courts pay you each day and for mileage too. My job also pays me.
2w Like Reply 1
can't wait to hear all about it
2w Like Reply
in about 4 weeks.. if we're even done by then
2w Like Reply
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

I find it to be oppressivly boring, and I am not interested in spending hours and days listening to some one telling me what do etc.
I've served twice, been called 11 times.
Two were canceled, and one, I ended up in the hospital.
After the second time serving, I was done...
If I have to show up, I let them know that I am a member of the "Fully Informed Jury Association" (FIJA), and I'm immediately excused.
Judges and prosecutors will do and say anything, to avoid the possibility of a jury nullifying a law (Jury Nullification).
Yep, a jury is not only evaluating the case of the accused, it is also evaluating the laws those charges stem from.
A jury has the right and the power to return a not guilty verdict and add in, when reading the verdict, that the jury verdict is based on the jury deciding that the law is unfair.
This verdict, entered into a legal proceedings outcome, becomes case law.
It sets an insurmountable precedent, that renders the law moot.
Judges will rather declare a mistrial, than to allow a jury to exercise this power.
FIJA main charter is to make all Americans aware that the jury holds this power, because it is an effective way to remove vulgar and abusive laws.

3:58
Jun 24 ·
I don't think I've ever been so happy for a weekend!!
#dayfour #asnumber
Like
Comment
Send
14
happy weekend
2w
Like
Reply

Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:57
Jun 28 ·
Out early...
Like
Comment
Send
7
1w Like Reply
Come to KI to see the Avett Bros
1w Like Reply
I wish... lol casual pint
1w Like Reply
Write a reply...

Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:57
Jun 29 ·
Still on break... over an hour now!! Ugh
Like
Comment
Send
3
And you were telling yourself that it would be fun... Interesting even.
I recall having these same thoughts...
1w Like Reply
It's very interesting and I love it m but the hurry up and wait game sucks
1w Like Reply
I'm way too impatient (immature? ) to deal with all of that...
It took me two times, to understand that about myself.
1w Like Reply
Write a reply...


Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:57
Jun 30 ·
No jury duty today and I don't go back until Tuesday!! I'll be working from home tomorrow and Sunday. And I work Saturday slinging beers!!
Like
Comment
Send
9
Miss you
1w Like Reply
miss you too!!
1w Like Reply
Write a reply...

Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu

3:56
23h ·
you're on my damn nerves
Like
Comment
Send
11
brings back memories...
22h Like Reply
There's always (at least) one.
21h Like Reply
omg.. honestly shouldn't be on the jury because hates anyone that shares the same profession as our person on trial. Not cool!!
21h Like Reply 1
~ Ummm... yeah, that definitely sounds like a major conflict.
I'm sorry you have to deal with that. Negative, hateful people suck.
20h Like Reply
Write a reply...
Write a comment...
GIF
Home
Watch
News
Marketplace
Notifications
Menu