```
 1                     UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF OHIO
 2                           WESTERN DIVISION
                                 - - -
 3

 4   UNITED STATES OF AMERICA,        : Case No. 1:20-cr-00142-1
                                      :
 5           Plaintiff,                : Jury Trial, Day 8
                                      : Thursday, June 30, 2022
 6         - v -                       :
                                      : 9:00 a.m.
 7   ALEXANDER SITTENFELD, a/k/a       :
       "P.G. Sittenfeld,"              :
 8                                     :
             Defendant.                : Cincinnati, Ohio
 9
                                 - - -
10
                         TRANSCRIPT OF PROCEEDINGS
11
     BEFORE THE HONORABLE DOUGLAS R. COLE, DISTRICT JUDGE
12
                                 - - -
13
     For the Plaintiff:           EMILY N. GLATFELTER, ESQ.
14                                MATTHEW C. SINGER, ESQ.
                                  MEGAN GAFFNEY PAINTER, ESQ.
15                                U.S. Department of Justice
                                  U.S. Attorney's Office
16                                221 E. Fourth Street, Suite 400
                                  Cincinnati, Ohio  45202
17
     For the Defendant:           CHARLES M. RITTGERS, ESQ.
18                                CHARLES H. RITTGERS, ESQ.
                                  NEAL D. SCHUETT, ESQ.
19                                Rittgers & Rittgers
                                  12 E. Warren Street
20                                Lebanon, Ohio  45036

21   Law Clerk:                   Jacob T. Denz, Esq.

22   Courtroom Deputy:            Scott M. Lang

23   Court Reporter:              M. Sue Lopreato, RMR, CRR
                                  513.564.7679
24
                                 - - -
25
```

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

```
1                    P R O C E E D I N G S
2                  (In open court at 9:34 a.m.)
3                            - - -
4           THE COURT:  Well, so for the reasons that we
5    discussed a little bit earlier, the Court is going to be
6    suspending the trial for a COVID related reason, through at
7    least 9:00 on Tuesday morning.
8           And we will proceed with the charging conference and
9    other things as we've discussed, pursuant to the schedule that
10   we've discussed, but the trial itself is suspended until at
11   least Tuesday morning.
12          Anything that we need to discuss on the record before we
13   leave for the day, Mr. Singer?
14              MR. SINGER:  Nothing from the government, Your Honor.
15              MR. C. MATTHEW RITTGERS:  No, Your Honor.
16              THE COURT:  Very good.  All right.  Everybody have a
17   good weekend, and we are in recess.
18              (Proceedings adjourned at 9:35 a.m.)
19                           - - -
20                      C E R T I F I C A T E
21                           - - -
22      I, M. SUE LOPREATO, RMR, CRR, certify that the foregoing
     is a correct transcript from the record of proceedings in the
23   above-entitled matter.
24
     /s/ M. Sue Lopreato_____                    September 30, 2022
25   M. SUE LOPREATO, RMR, CRR
     Official Court Reporter
```