```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
                           *   *   *

UNITED STATES OF AMERICA,        : Case No. 1:20-cr-00142-1
                                 :
         Plaintiff,              : Jury Trial, Day 12
                                 : Friday, July 8, 2022
      - v -                      :
                                 : 1:15 p.m.
ALEXANDER SITTENFELD, a/k/a      :
  "P.G. Sittenfeld,"             : Verdict
                                 :
         Defendant.              : Cincinnati, Ohio

                           *   *   *

              Excerpted Proceedings - Verdict

BEFORE THE HONORABLE DOUGLAS R. COLE, DISTRICT JUDGE

                           *   *   *

For the Plaintiff:         EMILY N. GLATFELTER, ESQ.
                           MEGAN GAFFNEY PAINTER, ESQ.
                           U.S. Department of Justice
                           U.S. Attorney's Office
                           221 E. Fourth Street, Suite 400
                           Cincinnati, Ohio  45202

For the Defendant:         CHARLES M. RITTGERS, ESQ.
                           CHARLES H. RITTGERS, ESQ.
                           NEAL D. SCHUETT, ESQ.
                           GUS J. LAZARES, ESQ.
                           Rittgers & Rittgers
                           12 E. Warren Street
                           Lebanon, Ohio  45036

Law Clerk:                 Jacob T. Denz, Esq.

Courtroom Deputy:          Scott M. Lang

Court Reporter:            M. Sue Lopreato, RMR, CRR
                           513.564.7679

                           *   *   *
```

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2                (In open court at 2:11 p.m.)
 3                         *   *   *
 4           THE COURT:  Is there anything we need to discuss on
 5   the record before we bring the jury in?
 6           MS. GAFFNEY PAINTER:  Not from the government, Your
 7   Honor.
 8           MR. C. MATTHEW RITTGERS:  No, Your Honor.
 9           THE COURT:  Very good.  Let's bring in the jury.
10        (Jury in at 2:12 p.m.)
11           THE COURT:  Ladies and gentlemen of the jury, have
12   you selected a foreperson?  So Juror Number 12?
13           JUROR 12:  Yes.
14           THE COURT:  Juror Number 12, it's the Court's
15   understanding that the jury has reached a verdict; is that
16   correct?
17           JUROR 12:  Yes, Your Honor, we have.
18           THE COURT:  And have you filled out a form?
19           JUROR 12:  Yes.
20           THE COURT:  Very good.  Could I ask you to please
21   provide it to my deputy.
22           JUROR 12:  Yes.
23           THE COURT:  I have reviewed the verdict.  It seems to
24   be in appropriate form, so I would ask the deputy to please
25   read the verdict.
```

1        COURTROOM DEPUTY: "In the United States District
2    Court for the Southern District of Ohio, Western Division, in
3    the matter of the United States of America versus Alexander
4    Sittenfeld, case number 1:20-cr-142.
5         "Count 1, 18 U.S.C., Sections 1343 and 1346, how do you
6    find the defendant, Alexander Sittenfeld, aka P.G. Sittenfeld,
7    as to Count 1, guilty or not guilty?  Answer: Not guilty.
8         "Count 2, 18 U.S.C., Sections 1343 and 1346, how do you
9    find the defendant, Alexander Sittenfeld, aka P.G. Sittenfeld,
10   as to Count 2, guilty or not guilty?  Answer: Not guilty.
11        "Count 3, 18 United States Code, Section 666(a)(1)(B),
12   how do you find the defendant, Alexander Sittenfeld, aka
13   P.G. Sittenfeld, as to Count 3, guilty or not guilty?
14   Answer: Guilty.
15        "Count 4, 18 United States Code, Section 1951(a)(b)(2),
16   how do you find the defendant, Alexander Sittenfeld, aka
17   P.G. Sittenfeld, as to Count 4, guilty or not guilty?
18   Answer: Guilty.
19        "Count 5, 18 United States Code, Section 666(a)(1)(B),
20   how do you find the defendant, Alexander Sittenfeld, aka
21   P.G. Sittenfeld, as to Count 5, guilty or not guilty?
22   answer: Not guilty.
23        "Count 6, 18 United States Code, Section 1951(a)(b)(2),
24   how do you find the defendant, Alexander Sittenfeld, aka
25   P.G. Sittenfeld, as to Count 6, guilty or not guilty?

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

Case: 1:20-cr-00142-DRC Doc #: 273 Filed: 10/03/22 Page: 4 of 7 PAGEID #: 6946

12-4

```
 1    Answer:  Not guilty.
 2       "The foregoing constitutes the unanimous verdict of the
 3    jury.  It is signed this date, 7/8/22, and it's signed by all
 4    the jurors."
 5              THE COURT:  Thank you.  Madame Foreperson, is that
 6    the true and accurate verdict?
 7              JUROR 12:  Yes, it is, Your Honor.
 8              THE COURT:  Could I ask the deputy to please poll the
 9    jury.
10              COURTROOM DEPUTY:  Juror Number 1, is this your true
11    and only verdict?
12              JUROR 1:  Yes.
13              COURTROOM DEPUTY:  Juror Number 2, is this your true
14    and only verdict?
15              JUROR 2:  Yes.
16              COURTROOM DEPUTY:  Juror Number 3, is this your true
17    and only verdict?
18              JUROR 3:  Yes.
19              COURTROOM DEPUTY:  Juror Number 4, is this your true
20    and only verdict?
21              JUROR 4:  Yes.
22              COURTROOM DEPUTY:  Juror Number 5, is this your true
23    and only verdict?
24              JUROR 5:  Yes.
25              COURTROOM DEPUTY:  Juror Number 6, is this your true
```

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

1  and only verdict?
2          JUROR 6: Yes.
3          COURTROOM DEPUTY: Juror Number 7, is this your true
4  and only verdict?
5          JUROR 7: Yes.
6          COURTROOM DEPUTY: Juror Number 9, is this your true
7  and only verdict?
8          JUROR 9: Yes.
9          COURTROOM DEPUTY: Juror Number 10, is this your true
10 and only verdict?
11         JUROR 10: Yes.
12         COURTROOM DEPUTY: Juror Number 12, is this your true
13 and only verdict?
14         JUROR 12: Yes.
15         COURTROOM DEPUTY: Juror Number 13, is this your true
16 and only verdict?
17         JUROR 13: Yes.
18         COURTROOM DEPUTY: And finally, Juror Number 14, is
19 this your true and only verdict?
20         JUROR 14: Yes.
21         COURTROOM DEPUTY: Thank you.
22         THE COURT: Is there anything we need to do before we
23 release the jury?
24         MS. GAFFNEY PAINTER: Not from the government, Your
25 Honor.

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

1   MR. C. MATTHEW RITTGERS: Your Honor, we would like
2   to conduct the hearing that we discussed in chambers.
3   THE COURT: Sure. I'm going to release the jury back
4   up to the jury room, with the thanks of the Court.
5   I will be up there very shortly to talk with you a little
6   bit further.
7   But thank you very much for your service and your
8   attention over the last couple of weeks.
9   (Jury out at 2:18 p.m.)
10  THE COURT: Apart from the issue we've previously
11  discussed, is there anything else that we need to discuss on
12  the record at this juncture?
13  MS. GLATFELTER: No, Your Honor. Does the Court wish
14  for the parties to stay here?
15  THE COURT: Yes. In fact, let's just reconvene in
16  chambers.
17  MS. GLATFELTER: Thank you.
18  THE COURT: Mr. Rittgers, anything?
19  MR. C. MATTHEW RITTGERS: No, Your Honor.
20  THE COURT: Very good. All right.
21  (Proceedings adjourned at 2:18 p.m.)
22  * * *
23
24
25

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.

1  CERTIFICATE

2  - - -

3  I, M. SUE LOPREATO, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the
4  above-entitled matter.

5

6  /s/ M. Sue Lopreato_____                    September 30, 2022
   M. SUE LOPREATO, RMR, CRR
7  Official Court Reporter

Proceedings recorded in stenotype.
Transcript produced with computer-aided transcription.