# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 17, 2022

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re:  Case No. 22-3694, *In re: Alexander Sittenfeld*
Originating Case No. 1:20-cr-00142-1

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Gretchen Abruzzo, Case Manager

cc: Ms. Emily Noel Glatfelter
Mr. Gus John Lazares
Ms. Megan Gaffney Painter
Mr. Matthew Singer
Ms. Alexis J. Zouhary

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 22-3694

_____

Filed: October 17, 2022

In re: ALEXANDER SITTENFELD, aka P.G. Sittenfeld

    Petitioner

## MANDATE

  Pursuant to the court's disposition that was filed 09/23/2022 the mandate for this case hereby issues today.

 COSTS:  None