# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALEXANDER SITTENFELD,

    Defendant.

Case No. 1:20-cr-142
JUDGE DOUGLAS R. COLE

## ORDER

This cause is set for Sentencing on October 10, 2023, at 1:00 p.m. in Courtroom 805. Due to the limited seating in the Courtroom, the Court **ORDERS** that Courtroom 822 be designated as an overflow room for the purposes of the public to listen to a live audio stream of the proceeding. The Court further **ORDERS** that no media equipment (laptops, tablets, etc.), other than mobile phones, shall be allowed in Courtroom 805 or the overflow room (Courtroom 822) during the pendency of the hearing in this matter by anyone who is observing the sentencing. Any mobile phones, with the exception of counsel for the parties and Court staff, shall be turned off during the proceeding. In addition, there shall be no recording or messaging during the hearing over any social media, including, but not limited to, X (formerly Twitter), Facebook, Instagram, or Snapchat. Anyone in violation of this Order shall be removed from the proceeding by Court Security.

    SO ORDERED.

October 5, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**