UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:20-cr-142
  v.                                 JUDGE DOUGLAS R. COLE

ALEXANDER SITTENFELD,

       Defendant.

## CRIMINAL MINUTES: SENTENCING

AUSA Matthew Singer, Megan Gaffney Painter, and Emily Glatfelter appeared for the Government

Defendant appeared with counsel Justin Herdman, Charles H. Rittgers, and Charles M. Rittgers

Defendant sentenced as follows:

16 Months Imprisonment on Count 3 and 16 Months Imprisonment on Count 4, to be served concurrently to each other
Recommendations:
    That the Defendant be placed in the minimum security work camp next to the BOP facility at FCI Ashland

1 Year Supervised Release on Count 3 and 1 Year Supervised Release on Count 4, to be served concurrently to each other
Conditions:
    Must not commit another federal, state, or local crime
    Shall be prohibited from possessing a firearm, ammunition, destructive device, or dangerous weapon
    Shall not unlawfully possess a controlled substance
    Must refrain from the unlawful use a controlled substance
    Must cooperate in the collection of his DNA
    Shall comply with the standard conditions of supervised release that have been adopted by this Court
    Shall provide all financial information requested by the probation office
    Shall not incur new credit charges or open lines of credit without the approval of the probation office

    Special Assessment: $200        Fine: $40,000        Restitution: $0

The parties shall file cross briefs regarding the forfeiture issue by 10/17/23

Defendant to remain on O.R. Bond. Defendant's designation to the Bureau of Prisons shall be delayed until after 12/1/23

**Judge:** Douglas R. Cole

**Courtroom Deputy:** Scott Lang

**Court Reporter:** Sue Lopreato-Official

**Date:** October 10, 2023