## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER SITTENFELD,<br>a/k/a "P.G. Sittenfeld"<br><br>Defendant. | Case No. 1:20-cr-142<br><br>Hon. Douglas R. Cole |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Alexander "P.G." Sittenfeld appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered on October 10, 2023 (Dkt. 300), in this action.

Dated October 17, 2023

Respectfully Submitted,

Yaakov M. Roth
Harry S. Graver
Jones Day
51 Louisiana Ave. N.W.
Washington, DC 20001
(202) 879-7658
yroth@jonesday.com

Justin E. Herdman
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7113
jherdman@jonesday.com

Alexander V. Maugeri
Jones Day
250 Vesey St.
New York, NY 10281
(202) 326-3939
amaugeri@jonesday.com

*/s/ Neal D. Schuett*
Charles H. Rittgers
Charles M. Rittgers
Neal D. Schuett
Gus J. Lazares
Rittgers & Rittgers
12 East Warren Street
Lebanon, OH 45036
 (513) 932-2115
neal@rittgers.com

James M. Burnham
King Street Legal, PLLC
800 Connecticut Ave., NW
Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

*Counsel for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Neal D. Schuett, hereby certify that on this date I electronically filed the foregoing document with the CM/ECF system, which accomplishes service upon all parties to this action. The foregoing document is available for viewing and downloading from the ECF system.

October 17, 2023

*/s/ Neal D. Schuett*