Generated: Oct 18, 2023 10:09AM                                                                 Page 1/1



## U.S. District Court

### Ohio Southern - Cincinnati

Rittgers & Rittgers, LLC                                              Receipt Date: Oct 18, 2023 10:09AM

Rcpt. No: 100002815        Trans. Date: Oct 18, 2023 10:09AM                    Cashier ID: #ZC

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|----|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender Type | | | | Amt |
|----|---|---|---|---|---|
| PC | Paper Check Conversion | #57675 | 10/17/2023 | | $505.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 1:20-cr-142

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.