# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER SITTENFELD,<br>　a/k/a "P.G. Sittenfeld,"<br><br>　　　　Defendant. | Case No.: 1-20-cr-142<br><br>Hon. Douglas R. Cole |

## DEFENDANT ALEXANDER "P.G." SITTENFELD'S
## MOTION TO EXTEND BY ONE MONTH DATE FOR DELAYED DESIGNATION

　　Defendant Alexander "P.G." Sittenfeld, by and through undersigned counsel, respectfully requests an order from this Court setting January 1, 2024 as the date for delayed designation.

　　During the Sentencing Hearing held on October 10, 2023, the parties and this Court agreed to December 1, 2023 as the date of delayed designation, and to revisit that date if the Sixth Circuit had not ruled on Mr. Sittenfeld's Motion for Release Pending Appeal. (Doc. 302, PageID 119-120). To date, the Sixth Circuit has not ruled on Mr. Sittenfeld's Motion for Release Pending Appeal that was filed on October 23, 2023.

　　Accordingly, pursuant to the agreement of the parties and this Court, Mr. Sittenfeld seeks a one month extension to allow for the Sixth Circuit to issue an opinion on Mr. Sittenfeld's pending motion.

　　Further, as a practical matter, it is challenging for Mr. Sittenfeld to finalize certain arrangements - first and foremost, childcare for his young children, for whom Mr. Sittenfeld is the primary caretaker - while not knowing whether or not release will be granted. Beyond allowing additional time to receive a ruling from the Sixth Circuit, a January 1, 2024 date for delayed designation would, if needed, allow a few weeks, once the pending motion is resolved, to finalize childcare needs and medical issues, rather than having to do so with as little as one day's notice.

　　Finally, it is worth noting that a one month extension will of course have no bearing on Mr. Sittenfeld's sentence.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Neal D. Schuett*
　　　　　　　　　　　　　　　　　　　　Charles M. Rittgers

Charles H. Rittgers
Neal D. Schuett
Gus J. Lazares
RITTGERS RITTGERS & NAKAJIMA
12 East Warren Street
Lebanon, OH 45036
(513) 932-2115
neal@rittgers.com
*Counsel for the Defendant*

*/s/ Justin E. Herdman*
Justin E. Herdman (pro hac vice)
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114
216-586-7113
Fax: 216-579-0212
jherdman@jonesday.com
*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court's CM/ECF System provided to on this 20th day of November, 2023, which provides electronic notice to all parties.

*/s/ Neal D. Schuett*
Neal D. Schuett
*Counsel for the Defendant*
