# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-CR-142 |
| | : | |
| | : | JUDGE DOUGLAS R. COLE |
| v. | : | |
| | : | **RESPONSE TO MOTION TO EXTEND THE DATE FOR DELAYED DESIGNATION** |
| ALEXANDER SITTENFELD, a/k/a "P.G. Sittenfeld," | : | |
| | : | |
| Defendant. | : | |

The United States respectfully submits this response to Defendant Alexander Sittenfeld's Motion to Extend by One Month the Date for Delayed Designation. (Doc. 308.) The United States does not oppose the motion but rather defers to the Court as to whether the relief sought is appropriate.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/*Matthew Singer*
MATTHEW C. SINGER (IL 6297632)
EMILY N. GLATFELTER (0075576)
MEGAN GAFFNEY PAINTER
(NY 4849220)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response to Motion to Extend the Date for Delayed Designation was filed electronically this 28th of November 2023, and served upon all counsel of record via the Court's CM/ECF system.

*s/Matthew Singer*
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorney