**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                     : CASE NO: 1:20-CR-142(1)
                             : JUDGE DOUGLAS R COLE

**Alexander Sittenfeld**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-titled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney

        s/ Joseph M McCandlish
        JOSEPH M. MCCANDLISH (0073775)
        Assistant United States Attorney
        Attorney for Plaintiff
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        (614)469-5715
        Fax: (614)469-5240
        Email: Joseph.McCandlish@usdoj.gov

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant by first class mail, postage prepaid, this 12th day of December 2023:

Alexander Sittenfeld
1854 Keys Crescent
Cincinnati, Ohio  45206

s/ Joseph M McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney