# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:20-CR-142** |
| | : | |
| v. | : | **JUDGE DOUGLAS R. COLE** |
| | : | |
| **ALEXANDER SITTENFELD,** | : | |
| a/k/a "P.G. Sittenfeld," | : | **PROOF OF PUBLICATION** |
| | : | |
| **Defendant.** | : | |

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 24, 2023, as evidenced by Exhibit 1.

>
> Respectfully submitted,
>
> KENNETH L. PARKER
> United States Attorney
>
>
> *s/ Matthew C. Singer*
> MATTHEW C. SINGER (IL 6297632)
> EMILY N. GLATFELTER (0075576)
> MEGAN GAFFNEY PAINTER
> (NY 4849220)
> Assistant United States Attorneys
> 221 East Fourth Street, Suite 400
> Cincinnati, Ohio 45202
> Office: (513) 684-3711
> Email: Matthew.Singer @usdoj.gov
> Email: Emily.Glatfelter @usdoj.gov
> Email: Megan.Painter @usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/ Matthew C. Singer*
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorney
