# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-CR-142 |
| | : | |
| | : | JUDGE DOUGLAS R. COLE |
| v. | : | |
| | : | MOTION TO DISMISS INDICTMENT |
| | : | WITH PREJUDICE |
| ALEXANDER SITTENFELD, | : | |
| a/k/a "P.G. Sittenfeld," | : | |
| | : | |
| Defendant. | : | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against Defendant Alexander "P.G." Sittenfeld with prejudice. The government cites the attached full and unconditional pardon granted to Sittenfeld as the reason for this dismissal. *See, e.g., United States v. Moore,* 22-CR-80073, Dkt. 157, 158 (S.D. Fl. July 3, 2025); *United States v. Brown,* No. 1:21-cr-178, Dkt. 260 (D.D.C. March 14, 2025); *United States v. Vaughn*, No. 24-5615, 2025 WL 748309, at *1 (6th Cir. Mar. 5, 2025). Defendant's petition for certiorari remains pending, and the government is today filing a responsive brief requesting that the Supreme Court grant the petition for certiorari, vacate the judgment of the court of appeals, and remand the case to allow the Court to act on this motion.

Respectfully submitted,

*s/Dominick S. Gerace II*
DOMINICK S. GERACE II (OH 0082823)
UNITED STATES ATTORNEY
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Dominick.Gerace@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Dismiss Indictment with Prejudice was filed electronically this 10th day of November, 2025 and served upon all counsel of record via the Court's CM/ECF system.

                                           *s/Dominick S. Gerace II*
                                           DOMINICK S. GERACE II (OH 0082823)
                                           UNITED STATES ATTORNEY

# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Sittenfeld, 1:20-cr-142

ALEXANDER SITTENFELD

I HEREBY DESIGNATE, direct, and empower the Attorney General, as my representative, to immediately sign the grant of clemency to the person named herein. The Attorney General shall declare that her action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.





*Done at the City of Washington in the District of Columbia this* **28th** *day of* **May** *in the year of our Lord Two Thousand Twenty-five and of the Independence of the United States the Two Hundred and Forty-ninth.*

DONALD J. TRUMP
PRESIDENT