**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                             **Case No. 1:20-cr-142**

      **v.**

                             **JUDGE DOUGLAS R. COLE**

**ALEXANDER SITTENFELD,**

      **Defendant.**

## ORDER

The above-named defendant recently moved for the return of his passport. (Doc. 319). The President previously granted executive clemency to Sittenfeld, (Doc. 316), and the government has since moved to dismiss the indictment against him, (Doc. 318). But the Court lacks jurisdiction to consider that latter motion as the case is currently pending in the United States Supreme Court. (Doc. 317). Nonetheless, given the procedural posture of this case, the Court **GRANTS** Defendant's motion (Doc. 319), and **ORDERS** that the Clerk of the United States District Court release Sittenfeld's passport to him

      **SO ORDERED.**

January 23, 2026
  **DATE**

                               **DOUGLAS R. COLE**
                               **UNITED STATES DISTRICT JUDGE**