**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  July 02, 2026

Mr. Muhammad Vito Arethusa
77 H Street, N.W.
Apartment 210
Washington, DC 20001

Ms. Emily Noel Glatfelter
Office of the U.S. Attorney
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Mr. Justin E. Herdman
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Ms. Jennie Hitchcock
Mr. Patrick F. Linehan
Steptoe
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Mr. Thomas Hopson
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Lawrence B. Hughes
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 2800-3200
Columbus, OH 43215

Mr. Joseph O. Masterman
Cooper Masterman
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006

Mr. John S. Moran
McGuireWoods
888 16th Street, N.W.
Suite 500
Washington, DC 20006

Mr. David A. O'Neil
Debevoise & Plimpton
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20004

Ms. Megan Gaffney Painter
Office of the U.S. Attorney
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Mr. Joshua H. Runyan
Steptoe
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Mr. James Robert Saywell
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Mr. Nicholas P. Silverman
Steptoe
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Mr. Matthew Singer
Office of the U.S. Attorney
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Mr. Charles Speth
Wilmer Cutler Pickering Hale & Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Mr. Steven Garrett Tegrar
Debevoise & Plimpton
66 Hudson Boulevard
New York, NY 10001

Ms. Alexis J. Zouhary
Office of the U.S. Attorney
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

> Re:  Case No. 23-3840, *USA v. Alexander Sittenfeld*
>       Originating Case No. 1:20-cr-00142-1

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-3840

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

     v.

ALEXANDER SITTENFELD aka P.G. Sittenfeld,

     Defendant - Appellant.

> **FILED**
> Jul 02, 2026
> KELLY L. STEPHENS, Clerk

Before:  BUSH, NALBANDIAN, and MURPHY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

In light of the Supreme Court's order of April 6, 2026, the opinion and judgment that issued in this appeal on February 11, 2025 are VACATED.

IT IS FURTHER ORDERED that the district court's judgment of conviction is VACATED, and the case is REMANDED for further proceedings consistent with the order of this court.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_

_____

Kelly L. Stephens, Clerk